# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-CV-3028-NYW

MARK D. REMALY, an individual

      Plaintiff(s),

v.

EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company; and WYNDHAM RESORT DEVELOPMENT CORPORATION d/b/a WorldMark by Wyndham, an Oregon corporation,

Defendant(s).

---

## NOTICE OF SETTLEMENT AS TO EQUIFAX ONLY

---

      Plaintiff Mark D. Remaly ("**Plaintiff**"), by and through his attorney, notifies the Court that Plaintiff and Defendant Equifax Information Services, LLC ("**Equifax**") have reached a settlement in this matter and anticipate dismissing this action as to Equifax within thirty days hereof.

**VEDRA LAW LLC**

By:   /s/ Daniel J. Vedra
        Daniel J. Vedra
        *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 30, 2020, a true and correct copy of the foregoing was served via e-mail on all parties who appear of record and have entered their appearances herein.

                                         /s/ Daniel J. Vedra  
                                         Daniel J. Vedra