# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-CV-3028-LTB-NYW

MARK D. REMALY, an individual

       Plaintiff(s),

v.

EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company; and WYNDHAM RESORT DEVELOPMENT CORPORATION d/b/a WorldMark by Wyndham, an Oregon corporation,

       Defendant(s).

## NOTICE OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Mark D. Remaly, by and through his undersigned counsel, notifies the Court that Defendant Equifax Information Services, LLC, has been dismissed from this action, with prejudice.

Dated: December 23, 2020

                                              Respectfully submitted,

                                              Vedra Law LLC

                                              /s/ Daniel J. Vedra
                                              Daniel J. Vedra
                                              **Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the date first written above the foregoing was served CM/ECF on all parties of record.

                                                  /s/ Daniel J. Vedra
                                                Daniel J. Vedra