**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-3028-LTB-NYW

MARK D. REMALY, an individual,

    Plaintiff,

v.

WYNDHAM RESORT DEVELOPMENT CORPORATION
d/b/a Worldmark by Wyndham, an Oregon Corporation

    Defendants.

---

### MOTION TO RESTRICT PUBLIC ACCESS TO FILINGS

Pursuant to Local Civil Rule 7.2, Defendant Wyndham Resort Development Corporation d/b/a Worldmark by Wyndham ("Wyndham"), by and through undersigned counsel, hereby moves this Court to enter an order applying Level 1 restriction to Exhibits N, R, S, and T to the Declaration of Andrew C. Gresik, filed concurrently with this Motion in support of Wyndham's Motion for Summary Judgment. In support of its Motion, Wyndham states as follows:

1.    On July 14, 2021, Wyndham filed the Declaration of Andrew C. Gresik ("Gresik Declaration") in support of its Motion for Summary Judgment. Exhibits S and T to the Gresik Declaration contain the medical records and psychological therapy notes of Plaintiff Mark D. Remaly. Exhibits N and R to the Gresik Declaration contain Wyndham's sensitive and proprietary business information.

2.    The information in Exhibits S and T implicates Plaintiff's privacy interests in his healthcare records. While this information is relevant to Wyndham's Motion for Summary Judgment, Plaintiff's privacy interest in his healthcare records outweighs the presumption of public

1

access.

3. Exhibits N and R contain sensitive and proprietary business information. Specifically, Exhibit N reveals components of Wyndham's internal processes for assessing contract rescission requests from its customers. Exhibit R contains Wyndham's policies and procedures for responding to credit disputes it receives from credit reporting agencies.

4. Filing Exhibits S and T without Level 1 restriction will cause serious harm to Plaintiff's privacy interest in his healthcare records, as doing so would make his personal healthcare information available to the general public.

5. Filing Exhibits N and R without Level 1 restriction will cause Wyndham competitive harm, as it will expose Wyndham's internal policies and procedures to Wyndham's competitors.

6. There is no practicable alternative, such as partial redaction, to restricting public access to these documents as the sensitive information they contain is relevant to Wyndham's Motion for Summary Judgment.

7. Accordingly, and for the reasons stated above, Wyndham respectfully requests that this Court maintain Level 1 restriction for Exhibits N, R, S, and T to the Gresik Declaration.

Dated: July 14, 2021                              Respectfully submitted,

*/s/ Andrew C. Gresik*
Christi A. Lawson
Foley & Lardner LLP
Fla. Bar. No. 0498351
111 N. Orange Ave.
Ste. 1800
Orlando, FL 32801
Telephone: 407.224.3235

2

4847-6959-0257.2

FAX: 407.648.1743
clawson@foley.com

Andrew C. Gresik
Foley & Lardner LLP
150 E. Gilman St.
Ste. 5000
Madison, WI 53703
Telephone: 608.258.4235
FAX: 608.258.4258
agresik@foley.com

*Attorneys for Wyndham Resort
Development Corporation d/b/a
Worldmark by Wyndham*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 14, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system which will send notification of such filing to all counsel of record.

                                              s/ *Andrew C. Gresik*
                                              Andrew C. Gresik