IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-3028-LTB-NYW

MARK D. REMALY, an individual,

    Plaintiff,

v.

WYNDHAM RESORT DEVELOPMENT CORPORATION
d/b/a Worldmark by Wyndham, an Oregon Corporation

    Defendants.

## DECLARATION OF ANDREW C. GRESIK

Pursuant to 28 U.S.C. § 1746, I, Andrew C. Gresik, declare as follows:

1.     I am one of the attorneys representing Defendant Wyndham Resort Development Corporation d/b/a Worldmark by Wyndham ("Wyndham") in the above-captioned case. I have personal knowledge of the facts attested to in this declaration.

2.     True and correct copies of excerpts from the transcript of the Deposition of Mark D. Remaly, which deposition took place on April 26, 2021, are attached to this declaration as **Exhibit A**.

3.     True and correct copies of excerpts from the transcript of the Deposition of Kasey Hunt, which deposition took place on March 31, 2021, are attached to this declaration as **Exhibit B**.

4.     True and correct copies of excerpts from the transcript of the Deposition of Levelyn Barber, which deposition took place on March 24, 2021, are attached to this declaration as **Exhibit C**.

2

5. True and correct copies of excerpts from the transcript of the Deposition of Lovelyn Sarmiento, which deposition took place on March 30, 2021, are attached to this declaration as **Exhibit D**.

6. True and correct copies of excerpts from the transcript of the Deposition of Stan V. Smith, which deposition took place on May 24, 2021, are attached to this declaration as **Exhibit E**.

7. True and correct copies of excerpts from the transcript of the Deposition of John Ulzheimer, which deposition took place on May 26, 2021, are attached to this declaration as **Exhibit F**.

8. True and correct copies of excerpts from the transcript of the Deposition of Leslie Hannon, which deposition took place on June 28, 2021, are attached to this declaration as **Exhibit G**.

9. A true and correct copy of Defendant's Exhibit 1 from the Deposition of Mark D. Remaly is attached to this declaration as **Exhibit H**.

10. A true and correct copy of Defendant's Exhibit 3 from the Deposition of Mark D. Remaly is attached to this declaration as **Exhibit I**.

11. A true and correct copy of Defendant's Exhibit 5 from the Deposition of Mark D. Remaly is attached to this declaration as **Exhibit J**.

12. A true and correct copy of Defendant's Exhibit 9 from the Deposition of Mark D. Remaly is attached to this declaration as **Exhibit K**.

13. A true and correct copy of Defendant's Exhibit 11 from the Deposition of Mark D. Remaly is attached to this declaration as **Exhibit L**.

14. A true and correct copy of Defendant's Exhibit 15 from the Deposition of Mark D.

Remaly is attached to this declaration as **Exhibit M**.

15. True and correct copies of excerpts from Defendant's Exhibit 1 from the Deposition of Kasey Hunt is attached to this declaration as **Exhibit N**.

16. A true and correct copy of Exhibit 2 from the Deposition of Levelyn Barber is attached to this declaration as **Exhibit O**.

17. A true and correct copy of Exhibit 5 from the Deposition of Levelyn Barber is attached to this declaration as **Exhibit P**.

18. A true and correct copy of Exhibit 9 from the Deposition of Levelyn Barber is attached to this declaration as **Exhibit Q**.

19. A true and correct copy of Exhibit 1 from the Deposition of Lovelyn Sarmiento is attached to this declaration as **Exhibit R**.

20. True and correct copies of excerpts from Defendant's Exhibit 53 from the Deposition of Dr. Leslie Hannon is attached to this declaration as **Exhibit S**.

21. True and correct copies of excerpts from Plaintiff's medical records, produced in this matter Bates stamped REM0583, REM0604, REM0612, REM0624, and REM0637 are attached to this declaration as **Exhibit T**.

22. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of July 2021

/s/ *Andrew C. Gresik*
Andrew C. Gresik

4829-9191-8065.1

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 14, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system which will send notification of such filing to all counsel of record.

                s/ *Andrew C. Gresik*
                Andrew C. Gresik