# EXHIBIT C

Levelyn Barber
March 24, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-CV-3028-LTB-NYW
_____

VIDEOCONFERENCE DEPOSITION OF:  LEVELYN BARBER
                                March 24, 2021
_____

MARK D. REMALY, an individual,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited
liability company; and WYNDHAM RESORT DEVELOPMENT
CORPORATION d/b/a WorldMark by Wyndham, an Oregon
corporation,

Defendants.
_____

         PURSUANT TO NOTICE, the videoconference
deposition of LEVELYN BARBER was taken on behalf of
the Plaintiff, with all parties appearing remotely, on
March 24, 2021, at 9:05 a.m., before Kimberly Smith,
Registered Professional Reporter and Notary Public
within Colorado.

```
 1         Q.   And I'm guessing you're working from home
 2    now; is that right?
 3         A.   That is right.
 4         Q.   And at home, does anyone have access to
 5    your computer?
 6         A.   Not at all, no.
 7         Q.   Now, what software is on that computer that
 8    you use to respond to credit disputes?
 9         A.   I -- I won't be able to answer that for
10    you.
11         Q.   Why is that?
12         A.   It would be an IT subject.
13         Q.   And what's an IT subject?
14         A.   Excuse me.  Our information technology, as
15    far as the browser, the software.
16         Q.   Okay.  I'm probably being too obtuse.
17    E-Oscar itself is just a web-based program, right?
18         A.   That's correct.
19         Q.   So you just access it the same as you would
20    access any type of web page, right?
21         A.   Yes.
22         Q.   You just log in, go in, and e-Oscar is
23    there, right?
24         A.   Correct.
25         Q.   Aside from e-Oscar, is there any other
```

```
 1    software that you use or programs that you use to
 2    respond to credit disputes?
 3         A.    No.
 4         Q.    Do you use a program called Mainframe?
 5         A.    That is our Wyndham Mainframe, yes.  That's
 6    the system we use.
 7         Q.    Is that a system you use to respond to
 8    credit disputes?
 9         A.    Yes.  We use that to verify.
10         Q.    Okay.  What about a system called
11    Blackbird?
12         A.    Yes, we do have Blackbird.
13         Q.    Is that a system that you use to respond to
14    credit disputes?
15         A.    It's like a tool for research.
16         Q.    Explain that to me.
17         A.    For instance, if the notations in Mainframe
18    have purged, it would be transferred to Blackbird; so
19    I would pull Blackbird to view the purged loan notes
20    or loan histories and stuff like that.
21         Q.    So let me make sure I understand this
22    correctly:  Mainframe doesn't keep all the information
23    about a consumer for an indefinite period of time; is
24    that accurate?
25         A.    Yes.  It's not perpetual, yeah.
```

```
 1                THE DEPONENT:  Thank you.
 2                (Recess taken.)
 3         Q.    (BY MR. VEDRA)  Ms. Barber, I've -- if you
 4    access the chat function in the teleconference call,
 5    there should be a document in there that's marked
 6    Exhibit 1-WIN0000020.
 7                Can you see that document?
 8         A.    I'll click on it.  I'm not able to open
 9    this.  I downloaded it.  Let me see.
10                Okay.  I found it.
11         Q.    Okay.  Are you familiar with this document?
12         A.    Yes, I am.
13         Q.    And how are you familiar with this
14    document?
15         A.    This is basically the document that I use
16    to respond to ACDVs.
17         Q.    This document is the procedure that you use
18    to respond to an ACDV, correct?
19         A.    That is the process, yes, that we follow.
20         Q.    So this document reflects the process for
21    responding to a consumer dispute made to a consumer
22    reporting agency, correct?
23         A.    That's correct.
24         Q.    And you follow these procedures each time
25    you respond to an ACDV, correct?
```

1        A.    Yes, that is correct.
2        Q.    And at the top of this document, it states
3    that it is current as of February 2017; is that
4    correct?
5        A.    That is correct.  That's what I see.
6        Q.    To your knowledge, has this procedure
7    changed since February 2017?
8        A.    No.
9        Q.    So this is the current procedure for
10   responding to an automated consumer dispute
11   verification, correct?
12       A.    That's correct.
13       Q.    And this is the procedure that was in place
14   in all of 2020 to respond to an ACDV?
15       A.    That's correct.
16       Q.    And the last time this document was updated
17   or this process was documented -- or was updated was
18   September 15 of 2016?
19       A.    That is correct.
20       Q.    Were you part of the process to update this
21   procedure?
22       A.    Yes.
23       Q.    Who else was a part of that process?
24       A.    The person -- one of my colleagues, who
25   actually wrote down all these -- policy and procedure.

Levelyn Barber
March 24, 2021

```
 1                    REPORTER'S CERTIFICATE

 2     STATE OF COLORADO          )
                                  ) ss.
 3     CITY AND COUNTY OF DENVER  )

 4              I, KIMBERLY SMITH, Registered Professional
       Reporter and Notary Public ID 20054024603, State of
 5     Colorado, do hereby certify that previous to the
       commencement of the examination, the said LEVELYN
 6     BARBER was duly sworn or affirmed by me to testify to
       the truth in relation to the matters in controversy
 7     between the parties hereto; that the said deposition
       was taken in machine shorthand by me at the time and
 8     place aforesaid and was thereafter reduced to
       typewritten form; that the foregoing is a true
 9     transcript of the questions asked, testimony given,
       and proceedings had.
10
                I further certify that I am not employed by,
11     related to, nor of counsel for any of the parties
       herein, nor otherwise interested in the outcome of
12     this litigation.

13              IN WITNESS WHEREOF, I have affixed my
       signature this 8th day of April, 2021.
14              My commission expires June 21, 2021.

15
       _XX__ Reading and Signing was requested.
16
       _____ Reading and Signing was waived.
17
       _____ Reading and Signing is not required.
18

19

20

21
                            _____
22                          Kimberly Smith
                            Registered Professional Reporter
23

24

25
```