# EXHIBIT E

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF COLORADO
 3    Civil Action No. 20-cv-3028-LTB-NYW
 4    ---------------------------------X
 5    MARK D. REMALY, an individual,    :
 6                    Plaintiff,        :
 7              v.                      :
 8    WYNDHAM RESORT DEVELOPMENT        :
 9    CORPORATION d/b/a Worldmark by    :
10    Wyndham, an Oregon Corporation,   :
11                    Defendants.       :
12    ---------------------------------X
13
14           Deposition of STAN V. SMITH, Ph.D
15                   Chicago, Illinois
16                  Monday, May 24, 2021
17                  9:08 a.m. Central Time
18
19
20
21
22
23    Job No.:  372389
24    Pages 1 - 56
25    Reported by:  Kirsten M. Thorngate, RPR
```

1  I can show that on my screen as well.  Let me get
2  there.
3           Mr. Smith, can you explain to us
4  Table 5 and what it represents.
5       A    Certainly.  So there are three sets of
6  tables -- I'm sorry, two sets of tables.  5, 6,
7  and 7 is at the lower end of the range of the loss
8  of quality of life that Mr. Remaly testified to.
9  And Tables 8, 9, and 10 are at the upper end.  So
10 Table 5 is the past loss, Table 6 would be the
11 future loss, Table 7 combines them.
12          The past, as I said, for him was at the
13 75 percent loss.  But actually, for the lower end
14 of the range, we reduced this a little bit just to
15 show the trier of fact something less impactful
16 than what he testified to.  The lower end of the
17 range shows a 15 percent loss during that
18 six-month period.  Did I say 55 percent loss?
19 That's what I meant to say.  55 percent loss
20 during that six-month time period, then a 15
21 percent reduction subsequent to that, and then a 5
22 percent reduction in the long term.
23      Q    So if I look at Table 6, it says
24 "Present value of future RVL to mark lower 2022 to
25 2063."  Does this calculation assume that he is

1  going to continue having a lower quality of life
2  due to this case through 2063?
3       A    Well, it shows the losses if they were
4  to persist.  The trier of fact could draw a line
5  if they wished and say, Well, at some point we
6  think the loss may end.  So they could just draw a
7  line and end it at any future year.
8       Q    So your testimony is not intended to
9  mean that you believe Mr. Remaly will continue to
10 be harmed through 2063; is that correct?
11      A    Yeah.  I'm not making any testimony
12 about his degree of harm.  I'm simply reporting
13 what he indicated.
14      Q    And if I understood you correctly,
15 Table 7 is the net between Table 5 and Table 6; is
16 that correct?
17      A    Yes.
18      Q    Okay.  So Table 8, can you explain to
19 me what's the difference with Table 8?
20      A    So 8, 9, and 10 shows it at the upper
21 end where he had indicated a 75 percent loss
22 ameliorating to a 35 percent loss and then a 10
23 percent loss.
24      Q    So is it fair to say it's similar to
25 the same information we looked at at Tables 5, 6,

1    and 7 except where the percentage of loss is
2    different?
3         A    Yes.
4         Q    And, again, you're not stating a
5    position as to what percentage of loss Mr. Remaly
6    actually sustained, correct?
7         A    Right.  That would be outside the scope
8    of my assignment.
9         Q    Have you used this -- a similar
10   calculation regarding the reduction of value of
11   life in another Fair Credit Reporting Act matter?
12        A    Many.
13        Q    In any of those matters was your
14   testimony limited as to your calculations
15   regarding the loss of life -- of quality of life,
16   rather?
17        A    I do not recall that there's been any
18   restriction.
19        Q    Going back, I want to make sure I
20   understand how you calculated the amounts that are
21   in the RVL column of each of those tables.  Can
22   you explain to us where the numbers come from it
23   in the RVL column for Tables 5 through 10?
24        A    Yes.  It's based on taking the value of
25   life and analyzing it to -- it's around 140,000 a

Transcript of Stan V. Smith, Ph.D
Conducted on May 24, 2021                56

```
 1        CERTIFICATE OF REPORTER - NOTARY PUBLIC
 2             I, KIRSTEN M. THORNGATE, the officer
 3   before whom the foregoing deposition was taken, do
 4   hereby certify that the foregoing transcript is a
 5   true and correct record of the testimony given;
 6   that said testimony was taken by me and thereafter
 7   reduced to typewriting under my direction; that
 8   reading and signing was requested; and that I am
 9   neither counsel for, related to, nor employed by
10   any of the parties to this case and have no
11   interest, financial or otherwise, in its outcome.
12             IN WITNESS WHEREOF, I have hereunto set
13   my hand and affixed my notarial seal this 3rd day
14   of June, 2021.
15   My Commission Expires:  November 16, 2024.
16
17
18
19   _____
20
21
22
23
24
25
```