# EXHIBIT H

**Exhibit 1**

Contract Standards Reviews

Contract Number: _136170 /014_

WBW

Hawaii Code ____

SAC Code _____

Contract physical document terms compared to CSS

1. Owner Name and Address match Contract and MF — Yes / No
2. EFC Correct: (Credit, Int_Rate, DP comply with FICO). — Yes / No
   a. EQU = Equifax     e. EPT = Eport
   b. TRN = TransUnion  f. MON = Mthly Append
   c. INT = Int'l       g. OUT = Outage
   d. NOS = No Score
3. FICO INT: Is Address and ID International? — Yes / No

4. Number of Payments matches Contract Agreement — Yes / No

5. Monthly Payment Amount matches Contract Agreement — Yes / No

6. Date of sale match contract. — Yes / No

7. First Payment Due Date is between 30 and 60 days from date of sale (except cash deals and pender contracts). — Yes / No

8. First Payment Charge Date is set to: 1st, 5th, 10th, 15th or 20th — Yes / No

9. Number of credits is correct — Yes / No

10. Purchase Price including processing fee match MF and Contract. — Yes / No

11. Interest Rate matches RIC and MF. — Yes / No

12. SAC: Same as cash form is in contract. — Yes / No / NA
    (Indicate time frame)   If Yes, _____

13. Auto pay added. — Yes / No

14. Bonus Credits/Incentive Value is correct! — Yes / No / NA
    (the incentive value is 10% of the amount of 8P awarded, not applicable for penders)

15. Cashout Workaround / Review balance due (this is current balance due and not principal balance).
    Is the balance due correct? — Yes / No

Comments:

___ Upgrade   ✓ Frontline   ___ Pender

**Documents**

✓ Addendum to Retail Installment Contract
✓ Owner Understanding
✓ Bonus Credit Acknowledgement Form (if applicable)
✓ Bonus Credit Disclosure Form (if applicable)
✓ Travelshare Membership Agreement (if applicable)
✓ Payment Preference
✓ My Savings Membership Agreement (if applicable)
✓ Public Offering(except telesales/mailouts)
✓ Visual & Sound Recording Consent
_____ WorldMark the Club Budget 2017(If applicable)

_____ (HAWAII) Disclosure Statement Addendum

✓ Auto Pay Form
✓ Copy of State or Federal ID or MIF
✓ Purchaser Info / Credit Authorization
✓ SalePoint Owner Information Sheet
✓ Down Payment/BML Receipt
✓ PayPal Letter Application (if applicable)
_____ Acknowledgement of Application/PayPal (if applicable)
_____ Owner Intake Form

Processor Initials _AT___
Date Processed _11/1/17_

WYN0000393

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

# WYNDHAM Club Pass [SM]

## Disclosure Summary for

## WYNDHAM CLUB PASS PROGRAM

June 1, 2015

## Acknowledgment of Receipt

Contract No. _001361701014_

Member No. _00203415902_

I/We hereby acknowledge that I/we received a copy of the Disclosure Summary for WYNDHAM Club Pass which includes the rules and regulations governing the program.   Furthermore, I/we understand that I/we have been enrolled to participate in WYNDHAM Club Pass and are entitled to the benefits as outlined in the Disclosure Summary.

_MARK REMALY_
3E5FB098D74A4CF..
_____
Buyer

10/12/2017
_____
Date

_____
Buyer

_____
Date

_leasa klastow_
6621A5B33BC846D..
_____
Witness

10/12/2017
_____
Date

WCPO1-NP

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:36 PM.

WYN0000394

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

*Order Type:*

SALE

*Date/Time:*

10/12/2017 05:40PM EDT

*Merchant Information:*

WorldMark by Wyndham
136 WMSD Balboa Pk In House

*Owner Information:*

MARK REMALY
770 P ST NW APT 515
WASHINGTON, DC 20001

| Order Id | Contract Number | Invoice Id | Charge Code | Amount | Result |
|---|---|---|---|---|---|
| 245800910 | 001361701014 | | WbW Contract Down Payment | $15,000.00 | APPROVED |
| | | | Total Amount | $15,000.00 | |

*Payment Method*  PayPal Credit
*Payment Account Number*  ############4735

X _____

*Signature of* MARK REMALY

Thank you for your business

WYN0000395

*Order Type:*

Credit Card - Sale

*Date/Time:*

10/12/2017 05:42PM EDT

*Merchant Information:*

WorldMark by Wyndham
136 WMSD Balboa Pk In House

*Owner Information:*

MARK REMALY

, 20001



| Order Id | Contract Number | Invoice Id | Charge Code | Amount | Result |
|---|---|---|---|---|---|
| 245800914 | 001361701014 | | WbW Contract Down Payment | $9,249.00 | APPROVED |
| | | | Total Amount | $9,249.00 | |

*Payment Method*     Mastercard

*Payment Account Number*     ###############5610

X _____

*Signature of*  MARK  REMALY

Thank you for your business

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

# SalePoint Owner Information Sheet

Contract Number: **001361701014**   Date of Sale: **10/12/2017**   Credits Purchased: **10,000**
Member Number: **00203415902**

| Primary Owner Information | |
|---|---|
| Name: | Mark  Remaly |
| Address: | 770 P St Apt 515 , Washington, DC 20001 |
| Phone number(s) | (202)215-4237 (Home)     (Work)                (Cell) |
| Email address: | |
| Marital status: | |

**WVO has my/our express permission to contact me/us for telemarketing or advertising messages purposes by auto dialer, prerecorded, or artificial message at any cell phone or phone number I/we have provided above.**

**Additionally, I/we understand that WVO will share my/our cell phone or phone number(s) with WVO's affiliates and third-party service providers, such as billing or collection companies that WVO has contracted with to provide WVO with these types of services. WVO, its affiliates, and third-party service providers have my/our express permission to contact me/us by auto dialer, prerecorded, or artificial message at any cell phone or phone number I/we have provided, or at any number WVO may obtain for the following purposes: (a) to resolve an issue or dispute regarding my/our purchase of property and/or services from WVO; (b) in connection with payment processing; (c) to collect on a debt; or (d) as necessary regarding my/our purchase of property and services from WVO.**

**By granting WVO this consent, I/we understand that it is not a condition of my/our purchase of property and/or services from WVO and I/we have the right to refuse to give such consent.**

_Mark Remaly_        10/12/2017
3E5FB096D74A4CF...

| Signature **Mark  Remaly** | Date | Signature | Date |
|---|---|---|---|

Contract Number:  **001361701014**                                                    WNA0605 Rev. 1-16

WYN0000397

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

Contract No. **001361701014**

## Alternative Media Election Statement

In lieu of receiving a printed copy of the **California** Timeshare Disclosure Statement and Governing Documents for **WorldMark, The Club**, the undersigned Purchaser(s) hereby expressly elect(s) to receive the above referenced documentation in an alternative media format as indicated by the delivery means checked below:

[X] Tablet (includes Exchange Program Documents)

[ ] Jump Drive

[ ] Compact Disc

Any computer system including Macintosh can be used to view the alternative media on compact disc or jump drive; however, Adobe® Acrobat Reader® is required for viewing. Adobe® Acrobat Reader® can be downloaded via the following link: https://get.adobe.com/reader/. The Tablet requires no additional software for viewing.

| Mark Remaly | |
|---|---|
| Printed Name | Printed Name |
| *MARK REMALY* | |
| Signature | Signature |
| 10/12/2017 | |
| Date | Date |

**CA**

WNA-803/5-17

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:38 PM.

WYN0000398

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

Member Number: **00203415902**

# RECEIPT FOR PUBLIC REPORT

## *(Time - Share)*

The Laws and Regulations of the Commissioner require that you as a prospective purchaser or lessee be afforded an opportunity to read the public report for this time-share plan before you execute a contract to purchase or lease a time-share interest or before any money or other consideration toward purchase or lease of a time-share interest is accepted from you.

You must be afforded an opportunity to read the public report before a written reservation or any deposit in connection therewith is accepted from you.

### DO NOT SIGN THIS RECEIPT UNTIL YOU HAVE RECEIVED

### A COPY OF THE REPORT AND HAVE READ IT.

I have read the Commissioner's Public Report on     001058HS - AY0

                                                 (FILE NUMBER)

WORLDMARK, THE CLUB AND WYNDHAM RESORT DEVELOPMENT CORPORATION

(TRACT NUMBER OR NAME)

     I understand the public report is not a recommendation or endorsement of the time-share plan, but is for information only. The date of the public report which I received and read is September 11, 2017.

MARK REMALY

_____
(SIGNATURE)

                                                            (SIGNATURE)

**Mark Remaly**
_____
(PRINT NAME)

                                                            (PRINT NAME)

**770 P St Apt 515 Washington, DC 20001**
_____
(ADDRESS)

                                                            (ADDRESS)

        10/12/2017
_____
(DATE)

                                                            (DATE)

*Developer is required to retain this receipt for three years.*

STATE OF CALIFORNIA - BUREAU OF REAL ESTATE                                      RE 614B (New. 06/05) ID

File No. 001058HS- AY0 **(WNA0804 Rev.06-17)**

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:38 PM.

WYN0000399

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

Contract No. **001361701014**

| FACTS | WHAT DOES WYNDHAM VACATION OWNERSHIP DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include: <br> • **Social Security number and income** <br> • **Credit scores and payment history** <br> • **Purchase history and account transactions** |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Wyndham Vacation Ownership chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Wyndham Vacation Ownership share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes --** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes** To offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes** Information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes** Information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | Yes | Yes |

| To Limit our Sharing | •   Mail the form below <br><br> **Please note:** <br><br> If you are a *new* customer, we can begin sharing your information [30] days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice. <br><br> However, you can contact us at any time to limit our sharing. |
|---|---|

| Questions? | Call (WVR)    800-251-8736   or go to    www.wyndhamvacationresorts.com <br><br> Call (WBW)    888-648-7363   or go to    www.worldmarkbywyndham.com |
|---|---|

| Mail-in Form | | |
|---|---|---|
| If you have a joint account, your choice(s) will apply to everyone on your account unless you mark below. <br><br> ___ Apply my choices only to me | **Mark any/all you want to limit:** <br><br> ___ Do not share my personal information with nonaffiliates to market their products and services to me. <br><br> ___ Do not share information about my creditworthiness with your affiliates for their everyday business purposes. <br><br> ___ Do not allow affiliates to use my personal information to market to me. | |
| | **Name** | |
| | **Address** | |
| | **City, State Zip** | |
| | **Member / Contract** | |
| Mail To: | Member Privacy (Identify Wyndham Vacation Resorts, WRDC/WorldMark by Wyndham, or other) P.O. Box 98944 Las Vegas, Nevada 89193-8944 | |

Contract No:   **001361701014**

No. 588/Rev. 1-2011

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:38 PM.

WYN0000400

DocuSign Envelope ID: FFF75436-F5A8-4A51-BFA5-3CA1366F4667

Contract No. **001361701014**

| Page 2 | |
|---|---|
| **Who we are** | |
| Who is providing this notice? | Wyndham Vacation Ownership (Wyndham Vacation Resorts, Wyndham Resort Development Corp, Wyndham Consumer Finance) |
| **What we do** | |
| How does Wyndham Vacation Ownership protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| How does Wyndham Vacation Ownership collect my personal information? | We collect your personal information, for example, when you<br>• Apply for financing or give us your income information<br>• Provide account information or provide employment information<br>• Give us your contact information<br>We also collect your information from others, such as credit bureaus, affiliates, or other companies |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>• sharing for affiliates' everyday business purposes--information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account unless you tell us otherwise. |

| **Definitions** | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• *Our affiliates include companies with a Wyndham name including, Wyndham Vacation Resorts, Wyndham Resort Development Corp., Wyndham Consumer Finance.* |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• *Nonaffiliates we may share with may include other developers, financial institutions and services companies, associations and exchanges, and other companies.* |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br><br>• *Our joint marketing partners may include other developers, financial institutions, financial services companies, and other companies* |

| **Other important information** |
|---|
| **VT**: Accounts with a Vermont mailing address are automatically treated as if they have limited the sharing as described on page 1. For joint marketing we will only disclose your name, contact information and information about your transactions.<br><br>**CA**: Accounts with a California mailing address are automatically treated as if they have limited the sharing with nonaffiliates as described on page 1. You may receive a separate notice regarding your rights and additional choices. |

No. 588/Rev. 1-2011

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:38 PM.

WYN0000401

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

## Important Privacy Choices for Consumers

**You have the right to control whether we share some of your personal information. Please read the following information carefully before you make your choices below.**

### Your Rights

You have the following rights to restrict the sharing of personal and financial information with our affiliates (companies we own or control) and outside companies that we do business with. Nothing in this form prohibits the sharing of information necessary for us to follow the law, as permitted by law, or to give you the best service on your accounts with us. This includes sending you information about some other products or services.

### Your Choices

**Restrict Information Sharing With Companies We Own or Control (Affiliates):** Unless you say "No," we may share personal and financial information about you with our affiliated companies.

( X ) NO, please do not share personal and financial information with your affiliated companies.

**Restrict Information Sharing With Other Companies We Do Business With To Provide Financial Products And Services:** Unless you say "No," we may share personal and financial information about you with outside companies we contract with to provide financial products and services to you.

( X ) NO, please do not share personal and financial information with outside companies you contract with to provide financial products and services.

-----

### Time Sensitive Reply

You may make your privacy choice(s) at any time. Your choice(s) marked here will remain unless you state otherwise. However, if we do not hear from you we may share some of your information with affiliated companies and other companies with whom we have contracts to provide products and services.

MARK REMALY

Name: _____

00203415902

Member or Contract Number(s): _____

DocuSigned by:

Signature: _____

MARK REMALY

3E5FB098D74A4CF

To exercise your choices do one of the following:

(1) Fill out, sign and send back this form to us using the envelope provided (you may want to make a copy for your records);
(2) Call this toll-free number 1-888-648-7363; or
(3) Reply electronically by contacting us through the following Internet option:
www.worldmarkbywyndham.com.

Contract Number: **001361701014**

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:38 PM.

WYN0000402



# Owner Understanding

Member Number: **00203415902**
Contract Number: **001361701014**

Owner(s): **Mark Remaly**

To ensure that you understand benefits of ownership with WorldMark, The Club it is important that you review each of the following:

1. I acknowledge that I purchased Vacation Credits in WorldMark, The Club based on current features and benefits and not with reliance upon promise of future program enhancements or resort amenity addition or benefit that is not included in the written program directories or disclosures materials provided with my purchase.

2. I understand that the existing WorldMark resorts have a range of credit values. Seller, in its role as developer, may consider, among other factors (such as owner demand, cost, and other factors), the range of credit values at existing WorldMark resorts in exercising its reasonable discretion pursuant to Section 3.4(a) of Declaration of Vacation Ownership to allocate credit values to each unit of any new WorldMark resort. Neither past practices nor credit values at existing resorts shall restrict or limit Seller's reasonable discretion to set credit values at any new resort or require the new resort to be at the same level as credit values at existing resorts. Seller's consideration of the credit values at existing WorldMark in allocating credit values to units at any new WorldMark resort shall be a valid, reasonable, and sufficient exercise of its discretion under Section 3.4(a) of the Declaration of Vacation Ownership. The credit values at future WorldMark resorts, if any, may be higher or lower than the credit values at existing WorldMark resorts.

3. I acknowledge that I did not purchase Vacation Credits with any expectation of :
   - Resale Assistance
   - Rental Income
   - Investment
   - Tax Benefit

4. I understand Seller has no form of rental or resale program and no one has promised such, either now or in the future, and Seller does not promise to repurchase my Vacation Credits.

5. I understand that WorldMark by Wyndham may present various programs from time to time that may provide me with opportunities to offset a portion of my maintenance fee obligation associated with my Vacation Credits. I acknowledge that I am not basing my purchase today on any of these programs and I have no expectation that my participation in these programs will fully or continuously offset all of my maintenance fee obligation.

6. I understand that pets are not allowed, except for service animals which have been trained to work or perform tasks for the benefit of an individual with a disability.

7. I acknowledge that I was provided a copy of the following documents, as may be amended from time to time and understand that I should not rely on any representations other than those contained in these documents:
   - WorldMark, The Club Governing Documents
   - Permit, Public Offering Statement or Disclosure Statement required in the state where I purchased
   - Applicable Exchange Program Disclosures
   - Owner Directory
   - TravelShare Program Guide (if applicable)

Owner Signature _____ MARK REMALY _____  Date _____ 10/12/2017 _____
(Legal name as appears on valid identification)

Print Name **Mark Remaly**

Owner Signature _____  Date _____
(Legal name as appears on valid identification)

Print Name _____
_____ Leasa Elastow _____  Date _____ 10/12/2017 _____
WorldMark, The Club & Developer Representative

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:38 PM.

WYN0000403

# SECURITY AGREEMENT

WorldMark, The Club, and
Wyndham Resort Development Corporation
6277 Sea Harbor Drive
Orlando, FL 32821
Phone: (800) 691-7289

| | |
|---|---|
| Vacation Credits Purchased: | **10,000** |
| Member Number: | **00203415902** |
| Contract Number: | **001361701014** |
| Contract Date: | **10/12/2017** |

**WORLDMARK, THE CLUB
RETAIL INSTALLMENT CONTRACT
VACATION OWNER AGREEMENT
(California)**

WorldMark, The Club, a California nonprofit mutual benefit corporation (the ***"Club"***), and Wyndham Resort Development Corporation, an Oregon corporation (***"WRDC"***), (together ***"Seller"***) agree to sell to the undersigned ***"Owner"*** **10,000** Vacation Credits as a Standard _____ or Premier __X__ ***"Ownership"*** in the Club, and Owner agrees to purchase and hold the Vacation Credits and Ownership on the following terms and conditions.

## A. BENEFITS AND NATURE OF OWNERSHIP

**1. Vacation Credit Ownership.** As an Owner of Vacation Credits, Owner is a Member of the Club and is entitled: (a) to reserve the use of the Club Resort Units, (b) to vote for the Club directors, (c) to vote on major Club decisions, and (d) through the Club, to participate in the corporate ownership of the real estate and other assets of the Club.

**2. Duration of Ownership.** Ownership shall be effective from the date on which the Closing described in Section 30 below occurs after which Owner may use Vacation Credits to obtain reservations and other Club benefits. Premier ownership is perpetual. Standard ownership expires forty (40) years after issuance.

**3. Transferability of Vacation Credits.** Vacation Credits may be transferred entirely or partially at any time during their term and without limitation to the number of transfers, through sale, gift, inheritance, dissolution of marriage, or by any operation of law, subject to the following terms: (a) a reasonable transfer fee has been paid to the Club; (b) all payments or charges due to the Club are current; (c) the Vacation Credits transferred and the Vacation Credits retained, if any, must each be enough Vacation Credits to hold a Basic Membership in the Club at the then current requirement; (d) the transferee must satisfy all qualifications of an Owner and Club's credit requirements. WRDC and the Club will not repurchase the Vacation Credits or assist in locating a buyer; (e) all aspects of the transfer must comply with applicable law; and (f) if any financed amounts are still owing to WRDC or to any Holder or Co-Holder (as defined below), (i) the owner must obtain the written consent of WRDC or any Holder or Co-Holder to such proposed transfer which consent shall not be unreasonably withheld, conditioned or delayed, and (ii) the transferee must satisfy the then current credit requirements of WRDC or any Holder or Co-Holder.

## B. ASSURANCE OF CONTINUED CLUB QUALITY

**4. No Reduction in Number and Quality of Units and Resorts.** Owner shall have access to all existing and future Resorts and Units owned or operated by or associated with the Club, wherever located, which have been registered with the applicable agencies where the properties are located. The location and specific nature of Resorts and Units shall be subject to change by the Club, but the Club is obligated to continue to provide Resorts and Units comparable to those available at the date of this Agreement, and sufficient Units in reasonable locations to provide annual reservations for all issued Vacation Credits.

**5. Participation of Owner in Governing the Club.** The Articles and Bylaws of the Club provide for: (a) meetings and votes by Owners, (b) election and meetings of, and limitation on powers of, directors, (c) assessment of annual dues (as defined below) and special assessments, (d) enforcement and discipline procedures, (e) appointment of officers and their duties, and (f) insurance.

**6. Ultimate Control of Properties by the Club.** The Club shall hold the deed or the lease to each Unit free of the effects of debt encumbrances, and subject to the Declaration of Vacation Owner Program (***"Declaration"***) which: (a) shall be recorded or filed against each Unit; (b) provides for dedication of the Unit to the Vacation Owner Program; and (c) establishes the Vacation Credits.

**7. Guidelines (Rules) Supporting Owner Satisfaction.** Guidelines (Rules) may be adopted and amended from time to time by the Club for benefit of Owners and the management of the Resorts, whether general rules or rules applicable to a specific location only, which may govern Owner usage of Resort Units in the following subjects, among others: (a) reservations; (b) number of occupants; (c) guest policies; (d) fees; (e) rental of Units by the Club to non-owners when not in use by Owners; (f) charges for use of specific facilities; (g) personal conduct and behavior; (h) check-out times; (i) care and maintenance of Units and facilities; and (j) conditions for the use and purchase of Bonus Time. A copy of the current Guidelines (Rules) is provided under separate cover.

**8. Professional Development and Management of the Club.** WRDC has developed the Club and acquired certain Resort properties which it has transferred to the Club in exchange for the proceeds of sale as well as exclusive marketing rights, and the right to add additional properties under the same conditions. WRDC will also manage the Club and Club properties under a Management Agreement with the Club.

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:38 PM.

WYN0000404

Document executed through the use of an Electronic Signature Management System (ESM™) Service.
DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

| | |
|---|---|
| Member Number: | **00203415902** |
| Contract Number: | **001361701014** |

## C. VACATION CREDIT USE

**9. Vacation Credits Program.** The benefits and obligations of Ownership are determined by the number of Vacation Credits purchased.
(a) <u>Use</u>. Vacation Credits, up to the amount purchased, may be used for all nights and all seasons and at all Resorts on a space available basis, but the number of Credits required for occupancy is based on factors such as the season, location, Unit size and type, and day of the week.
(b) <u>Issuance</u>. Vacation Credits are renewed annually throughout the term of the Ownership, at the beginning of Owner's Anniversary Year, in the total amount purchased by Owner.
(c) <u>Banking Credits ("carry-over")</u>. Vacation Credits which remain unused at the end of each Anniversary Year will automatically carry-over for use during the following year, and will expire at the end of that year. Use will be charged first against any carry-over Vacation Credits and then against the current year's Credits. Credits might also be carried over for future use with an exchange organization.
(d) <u>Borrowing Future Credits</u>. Owner may use Vacation Credits one (1) Anniversary Year in advance by borrowing against the following year's assignment of Credits if Owner has paid his or her annual dues for the following year.
(e) <u>Additional Credits</u>. Owner may purchase additional Vacation Credits in increments of 1,000, or such greater increment as WRDC may require, at any time after the date of this Agreement, subject to the following: (i) the Credits are available; (ii) Owner is not in default under this Agreement; and (iii) the then current price is paid.

**10. Vacation Credits Purchased.** Owner is currently purchasing the number of Vacation Credits shown on page 1.

**11. Bonus Time.** Premier Owners may purchase additional reserved time, referred to as Bonus Time. Conditions for purchase and use of Bonus Time are determined by space availability and Club Guidelines (Rules), which are subject to change.

## D. QUALIFICATIONS AND CONDITIONS TO PURCHASE VACATION CREDITS

**12. Legal Capacity.** Owner represents that Owner is a person or entity with the legal capacity to enter into this Agreement.

**13. Non-Investment Purchase.** Owner represents that Owner is purchasing Vacation Credits for the purpose of recreational and social use, and not for financial profit.

**14. Credit Requirement.** Owner shall satisfy WRDC's reasonable credit requirements for purchase to be accepted.

## E. CONTRACTUAL STANDARDS

**15. Liability Limitations.** Owner agrees that Owner and Owner's family or guests assume all risks of loss or damage to persons or property in using the Resorts, except that this limitation of liability shall not apply in cases of negligence of the Resort, the Club or WRDC. Owner also agrees to maintain liability and property damage insurance in connection with any motor vehicle(s) brought to the Resorts, in amounts customarily carried on such vehicle(s). Liability for breach of any warranty shall not exceed the amounts Owner has paid WRDC under this Agreement.

**16. Events of Default.** Each of the following constitutes an Event of Default by Owner (a) immediately upon occurrence; (b) if not cured within thirty (30) days of the due date; (c) if not cured within thirty (30) days from giving of written notice by the Club, or WRDC as to a breach by omission or inaction, or (d) upon continued active breach or violation after receipt of a written notice or warning thereof, which notice or warning shall include the details of the default and how the default may be remedied, if at all, within a specified reasonable period (whichever of the foregoing is most applicable): (i) not paying a purchase price installment, the annual dues or installment thereof, or any other charge of the Club when due; (ii) transfer of Vacation Credits, whether voluntarily or involuntarily, except as specifically allowed herein including obtaining the written consent of WRDC or any Holder or Co-Holder to transfer any part of the Ownership which is subject to outstanding amounts financed and owed to WRDC or any Holder or Co-Holder; (iii) misrepresentation or omission of a material fact in connection with this Agreement or the extension of credit hereunder; (iv) material breach of a provision of this Agreement, the Guidelines (Rules) of the Club, or the rules of a company with which the Club has exchange arrangements; or (v) filing for bankruptcy **(e) Owner's default in the performance of any of Owner's obligations under this Agreement on or before Closing shall entitle Seller to terminate this Agreement immediately and all of Owner's rights, benefits, and privileges hereunder. Upon such termination, Seller shall retain or cause Escrow Agent to deliver to Seller, all sums of money previously paid by Owner hereunder as liquidated damages and not as a penalty as Seller's exclusive remedy for Owner's default. To the extent Owner has paid any assessments or other amounts to the Association prior to Closing, those amounts shall also be forfeited and retained by the Association;**

OWNER INITIALS: [MR] _____    SELLER INITIALS: [Lk] _____

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:38 PM.

WYN0000405

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

Member Number:  **00203415902**
Contract Number:  **001361701014**

(f) If Owner fails to timely perform any of Owner's obligations under this Agreement or the Club Instruments after Closing, Owner shall be in default and Seller (or Seller's successor as Holder or Co-Holder of Owner's installment payment obligations hereunder) may enforce the Seller security interest (as described in Section 17 of this Agreement) against Owner's Ownership (and the proceeds thereof) in accordance with this subparagraph. Upon the occurrence of any such failure, Seller shall give Owner written notice thereof and if Owner has not cured the applicable failure within thirty (30) days after Seller gives such notice, Owner shall be in default under this Agreement and Seller (or Seller's successor as Holder or Co-Holder of Owner's installment payment obligations hereunder) may enforce the Seller security interest in accordance with Section 17 below; (g) Dispute Resolution: The parties agree that any dispute between the parties arising out of this Agreement regarding Owner default on or before Closing shall be subject to the following dispute resolution rules: (i) The Seller shall give written notice by return-receipt mail or personal delivery, as provided for in Section 116.340 of the Code of Civil Procedure for service in small claims actions, to the Owner that the Owner is in default under this Agreement and that the Seller is demanding the amount provided for in Section 17(c) below to the Seller as liquidated damages, unless, within twenty (20) days, the Owner notifies Seller by written objection to the disbursement of purchase money as liquidated damages.(ii) The Owner shall have a period of twenty (20) days from the date of receipt of the Seller's twenty (20) day notice and demand in which to give the Owner's written objection to the disbursement of purchase money as liquidated damages to Seller or the escrow holder. (iii) The Seller shall advance the fees necessary to initiate the dispute or claim resolution process, with the costs and fees, including ongoing costs and fees, if any, to be paid as agreed by the parties. If they cannot agree, then the costs and fees are to be paid as determined by the person or persons presiding at the dispute or claim resolution proceeding or hearing. (iv) Funds equal to all of purchase money will be transmitted to an escrow holder pending resolution. (v) The claim or dispute resolution process shall be conducted in accordance with procedures that are equivalent in substance to the Commercial Arbitration Rules of the American Arbitration Association. (vi) There shall be a neutral or impartial person or persons to administer and preside over the claim or dispute resolution process. (vii) The parties shall appoint or select the person or persons to administer and preside over the claim or dispute resolution process within no more than sixty (60) days from initiation of the claim or dispute resolution process or hearing. The person or persons appointed, selected, designated or assigned to preside may be challenged for bias. (viii) The venue of the claim or dispute resolution process shall be the county where the sale took place, unless the parties agree to some other location. (ix) The claim or dispute resolution process shall be promptly and timely commenced, which shall be by a date agreed upon by the parties, and if they cannot agree, a date shall be determined by the person or persons presiding over the dispute resolution process; (x) The claim or dispute resolution process shall be promptly and timely concluded, including the issuance of any decision or ruling following the proceeding or hearing. (xi) The person or persons presiding at the claim or dispute resolution process shall be authorized to provide all recognized remedies available in law or equity for any cause of action that is the basis of the proceeding or hearing. The parties may authorize the limitation or prohibition of punitive damages.

**17. Remedies/Security Interest.** To secure compliance with Owner's obligations hereunder, Owner hereby grants to WRDC security interests in the Vacation Credits and any proceeds there from, which Vacation Credits were purchased under this Agreement. These security interests constitute liens on the Vacation Credits and any proceeds there from. These security interests and liens shall remain in effect as long as there are obligations of Owner to be fulfilled under this Agreement. No waiver by the Club, WRDC or any Holder or Co-Holder of this Agreement, of any default or breach by Owner shall operate as a waiver of the same or any other default or breach by Owner or any other Owner in the future. Each Owner signing below hereby appoints each other Owner signing below as his or her agent for dealing with the Holder or Co-Holder of this Agreement for any purpose. Upon the occurrence of an Event of Default, the Club or the Holder or Co-Holder of this Agreement may choose one or more of the following remedies: (a) declare the entire unpaid balance of the Cash Price immediately due, unless prohibited by law; (b) foreclose the lien created by the grant of the security interest and sell or retain the Vacation Credits in satisfaction of Owner's obligations hereunder, or exercise any other right under the Uniform Commercial Code, Division 9; (c) terminate the Vacation Credits and retain all amounts previously paid by Owner as compensation for damages incurred in proceeding pursuant to this Agreement (the Club, WRDC and Owner agree that in such case it would be impractical or extremely difficult to fix the actual damage.); (d) suspend use rights; (e) sue for the unpaid balance due hereunder; (f) deny any request to transfer the Ownership; and/or (g) pursue any other remedy allowed by law, except the Club cannot terminate this Agreement or foreclose against the Vacation Credits without the consent of the Holder or Co-Holder of any right to the unpaid purchase price hereunder.

**18. Owner Responsibility.** Transfer or abandonment of the Ownership does not relieve Owner of Owner's obligations hereunder unless such transfer or abandonment of the Ownership is agreed to by the Club, WRDC and/or any Holder or Co-Holder of any right to the unpaid balance due under this Agreement.

**19. Additional Creditor.** The right to receive payment of the purchase price under this Agreement belongs to WYNDHAM RESORT DEVELOPMENT CORPORATION, but could be assigned to another creditor (such creditor is also referred herein as a **"Holder" or "Co-Holder"**).

**NOTICE:**

**ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR (OWNER) COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR (OWNER) SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR (OWNER) HEREUNDER.**

**20. General Provisions.** Any written notice required or desired to be given hereunder shall be deemed given when personally delivered or upon deposit in the U.S. Mail, first class postage prepaid, addressed to the address given herein or such subsequent address as is given by proper notice. This Agreement, and any and all other documents executed at the same time as this Agreement, constitutes the entire agreement between the parties hereto. The only representations, agreements and warranties made by Seller are those set forth in writing in this Agreement and in the Governing Documents for the Club. No representations, agreements or warranties, express or implied, not expressly set forth in writing in this Agreement or in the Governing Documents for the Club are made by Seller to or with Owner. Owner understands and acknowledges that no salesman, broker or other person has any authority whatsoever to make any representation, agreement or warranty, express or implied, for Seller, except those expressly set forth in writing in this Agreement and in the Governing Documents for the Club. This Agreement shall be binding upon and benefit the heirs, executors, administrators and successors of each of the parties. If any provision of this Agreement shall be found to be invalid, the remaining provisions shall nevertheless remain in full force and effect. This Agreement shall survive the issuance of Vacation Credits and shall survive the final payment toward the purchase hereunder.

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:38 PM.

WYN0000406

Sent via electronic mail for Electronic Signature and Delivery (ESD™) Service.
DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

| | |
|---|---|
| Member Number: | **00203415902** |
| Contract Number: | **001361701014** |

**21. Purchaser Responsibility.**  Transfer or abandonment of Vacation Credits does not relieve Owner of Owner's obligations hereunder unless such transfer or termination of this Agreement is agreed to by the Club and the Holder or Co-Holder of any right to the unpaid purchase price under this Agreement.

F.  CLUB CHARGES

**22. Annual Dues.**  The beginning annual dues (**"Dues"**) for these Vacation Credits is **$790.04**, based on the formula and rate of Dues currently established by the Club.  The Dues will commence on **11/01/2017** with the first **monthly** payment due approximately three (3) weeks after the contract date. Dues paid monthly will be subject to a Dues processing fee of $5.00 per payment, which is subject to change, unless payment is made using an approved auto pay system. Dues are payable in advance and may be increased annually subject to the Club Bylaws. Dues shall be used first for maintenance and operation of Resort Units, then for other expenses authorized by the Club Bylaws.

**23. Special Assessments and Taxes.**  The Club may levy special assessments subject to the Club Bylaws. The Owner is also responsible for any tax that might be assessed by a civil taxing authority on the purchase or use of the facilities.

**24. Extra Use Charges.**  Owner must pay separately for extra benefits including, but not limited to, if available, food, storage, extra maid service, purchase of goods, use of equipment, furnishings or facilities not normally provided as part of the Unit or Resort facilities, and exchange program services if available.

**25. Damage Charges.**  Owner must pay any cost of repair or replacement for any damage caused by Owner, Owner's family or guests.

G. PURCHASE PRICE, FINANCE CHARGE, AND PAYMENTS

**26. Purchase Price.**  Owner agrees to pay WRDC the purchase price of **$34,800.00** (less other Credits/Discounts) together with a document processing fee (**"Processing Fee"**) described in Section 27 below and the credit service charge (**"Finance Charge"**) as described in Section 28 below. Payments shall be credited on the interest then due, then on principal. Interest will begin to accrue on the date hereof. **This Security Agreement provides for an interest rate of 0.00%.** This amount is required to be included in the calculation of the Annual Percentage Rate and Finance Charge. All funds in U.S. Dollars unless noted.

**27. Processing Fee.**  Owner understands and agrees to pay Seller a **$349.00** Processing Fee which is charged to all buyers whether paying in cash or buying on credit to cover various processing services related to the sale including administration and preparation of various documents related to the sale. These services are separate and distinct from the services that Seller performs as settlement agent.  Together, the Purchase Price, Processing Fee, Closing Fee and Finance Charge constitute the **"Total Sale Price"**.  Up to 90% of the Purchase Price and Processing Fee can be financed. All funds in U.S. Dollars unless noted.

[REMAINING PAGE INTENTIONALLY LEFT BLANK]

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:38 PM.

WYN0000407

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

Member Number: 00203415902
Contract Number: 001361701014

**28. Credit Terms.** Disclosures Required By: Federal Truth In Lending Act, and State Law. Creditor: WYNDHAM RESORT DEVELOPMENT CORPORATION, **6277 Sea Harbor Drive Orlando, FL 32821.**

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The cost of your credit as a yearly rate: | The dollar amount the credit will cost you: | The amount of credit provided to you or on your behalf: | The amount you will have paid after you have made all payments as scheduled: | The total cost of your purchase on credit including your down payment of: $24,249.00: |
| **0.00%** | **$0.00** | **$0.00** | **$24,249.00** | **$24,249.00** |

Your payment schedule will be:

| No. of payments: | Amount of Each Payment: | Payments are due monthly, on the same date each month |
|---|---|---|
| 0 | $0.00 | Beginning: |

Late Charge: Owner will be charged a late charge of $10.00 for each payment that is more than ten (10) days late.
Security: Owner is giving WRDC a security interest in the Vacation Credits being purchased.
Prepayment: If Owner prepays the balance due, there will be no penalty.
Variable Rate: By enrolling in the Auto Pay Plan (**"APP"**), Owner's Annual Percentage Rate disclosed above reflects a reduction of one-half percent (½%) (the **"Reduction"**) over the Annual Percentage Rate that would otherwise apply. The Annual Percentage Rate disclosed above will automatically increase by the amount of the Reduction in the event any one of the following occurs: (a) Owner discontinues participation in Seller's APP, (b) Owner's financial institution is unable or unwilling to participate, or (c) Seller or any Holder or Co-Holder discontinues Owner's participation for reasonable cause.
Contract Reference: Owner should refer to this Agreement for information about nonpayment, default, and the right to accelerate maturity of Owner's payment obligation, and prepayment rebates and penalties.

<table>
<tr><th colspan="4">ITEMIZATION OF AMOUNT FINANCED</th></tr>
<tr><td>1. Gross Purchase Price :</td><td>$ 34,800.00</td><td>5. State and Local Taxes:</td><td>$ 0.00</td></tr>
<tr><td>2. Discounts/Other Credits :</td><td>$ 10,900.00</td><td>6. Total Cash Price:</td><td>$ 24,249.00</td></tr>
<tr><td>3. Net Cash Price (Paid to Seller):</td><td>$ 23,900.00</td><td>7. Down Payment:</td><td>$ 24,249.00</td></tr>
<tr><td>4. Processing Fee (Paid to Seller):</td><td>$ 349.00</td><td>8. Amount Financed:</td><td>$ 0.00</td></tr>
</table>

**29. Other Charges.** The Club or WRDC may collect charges of $15.00 per dishonored check. For late or missed payments, to the extent permitted by law, Owner may also be charged attorney fees for collection, court costs, and disbursements.

## H. MISCELLANEOUS PROVISIONS

**30. Miscellaneous Provisions.** (a) The name of the timeshare plan is WorldMark, The Club. The address of the timeshare plan is 6277 Sea Harbor Drive, Orlando, FL 32821. For a listing of the individual resort addresses of the timeshare plan, you should refer to Table 1 of the California Permit, which is incorporated herein by reference and made a part hereof; (b) The term of the timeshare plan is perpetual, subject to the provisions of Section 9.1 of the Declaration, which is incorporated herein by reference and made a part hereof; (c) Certain accommodations of the timeshare plan may be under construction. If applicable, the estimated construction completion dates for all incomplete accommodations will be included in Item #10 (Description of Incomplete Amenities) and Table 1 of the California Permit, which are incorporated herein by reference and made a part hereof; (d) This Agreement will only become effective (**"Closing"**) when all of the following have occurred: (i) any applicable rescission period has expired; (ii) the Owner has paid to WRDC a down payment equal to ten percent (10%) of the Purchase Price in immediately available funds; and (iii) WRDC has issued the Vacation Credits to Owner, (iv) But, no later than one (1) year after the contract date. If Closing does not occur through no fault of the Owner, within fifteen (15) days thereof, WRDC shall order all such funds be refunded to the Owner.

**31. Termination of Agreement with Blocked Persons.** Under United States Presidential Executive Order 13224 (the **"Executive Order"**), WRDC is required to ensure that it does not transact business with persons or entities determined to have committed, or pose a risk of committing or supporting, terrorist acts and those identified on the list of Specially Designated Nationals and Blocked Persons (the **"List"**), generated by the Office of Foreign Assets Control of the U.S. Department of the Treasury. The names or aliases of these persons or entities (**"Blocked Persons"**) are updated from time to time. In the event WRDC learns that Owner's name appears on the List, WRDC reserves the right to delay the Closing pending WRDC's investigation into the matter. If WRDC is advised or determines that Owner is a Blocked Person, WRDC reserves the right to terminate this Agreement and/or to take all other actions necessary to comply with the requirements of the Executive Order. The provisions of this Section will survive Closing and/or termination of this Agreement.

**32. Definition of Terms.** All capitalized terms not otherwise defined within this Agreement shall have the meaning given to them in the Governing Documents (as defined in the Declaration).

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:38 PM.

WYN0000408

Executed electronically through Wyndham eDocuments Service using Electronic Signature (ESIGN™) Service.
DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

**NOTICE TO BUYER (OWNER):**

1. Do not sign this Agreement before you read it or if it contains any blank spaces to be filled in;

2. You are entitled to a completely filled-in copy of this Agreement;

3. You can prepay the full amount due under this Agreement at any time;

4. If you desire to pay off in advance the full amount due, the amount which is outstanding will be furnished upon request;

5. Receipt. Owner has received an exact copy of this Agreement and any other document(s) signed with this Agreement, with all blanks filled in.

**YOU MAY CANCEL THIS CONTRACT WITHOUT ANY PENALTY OR OBLIGATION WITHIN SEVEN (7) CALENDAR DAYS OF RECEIPT OF THE PUBLIC REPORT OR AFTER THE DATE YOU SIGN THIS CONTRACT, WHICHEVER IS LATER.  IF YOU DECIDE TO CANCEL THIS CONTRACT, YOU MUST NOTIFY THE DEVELOPER IN WRITING OF YOUR INTENT TO CANCEL. YOUR NOTICE OF CANCELLATION SHALL BE EFFECTIVE UPON THE DATE SENT AND SHALL BE SENT TO WYNDHAM RESORT DEVELOPMENT CORPORATION, ATTENTION: ACCOUNT CONTROLS AND ADMINISTRATION-  RESCISSION DEPT. AT: P.O. BOX 690189, ORLANDO, FL 32869-0189 OR 6277 SEA HARBOR DR., ORLANDO, FL 32821.  YOUR NOTICE OF CANCELLATION MAY ALSO BE SENT BY FACSIMILE TO (407) 626-6753 OR BY HAND DELIVERY AT THE SALES LOCATION WHERE YOU PURCHASED.  SEE THE NOTICE OF CANCELLATION FORM ATTACHED TO THE FRONT PAGE OF THE CALIFORNIA PUBLIC REPORT FOR AN EXPLANATION OF THIS RIGHT.  ANY ATTEMPT TO OBTAIN A WAIVER OF YOUR CANCELLATION RIGHT IS VOID AND OF NO EFFECT.**

X _Mark Remally_      **10/12/2017**     **Mark  Remally**
Owner  (Legal name as appears on valid identification)    Date Signed    Owner Name  (Printed)

X _____     **10/12/2017**     _____
Owner  (Legal name as appears on valid identification)    Date Signed    Owner Name  (Printed)

**770 P St Apt 515**
Street Address

Joint and several if more than one Owner

WYNDHAM RESORT DEVELOPMENT CORPORATION
and WORLDMARK, THE CLUB

X _Liasa Blastow_     **10/12/2017**
Authored Agent Name    Date Signed

**Washington**      **DC**      **20001**
City          State          Zip

Phone (area code)    **(202)215-4237**

Email Address _____

Principal Contact _____

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:38 PM.

WYN0000409

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

Member Number:  **00203415902**

# *WorldMark*®
## BY WYNDHAM

# 60 Days Same As Cash Certificate

This certificate enables **MARK REMALY** the option to avoid installment contract interest charges if alternate financing is arranged within 60 days from this date forward.  Any monthly payments that are due in the interim must be paid, but will be adjusted to principal within 60 days, if you should choose to pay your account in full.  Please call 1.800.779.0760 to make payment arrangements or mail payments in full to Wyndham Resort Development Corporation P.O. Box 93843, Las Vegas, NV 89193.  If you choose not to pay off your account, the appropriate financing is in place.

Member #:  **00203415902**          By: _Leasa Blastow_
                                        (Authorized Signature)

Dated:  **12th day of October, 2017**

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:38 PM.

WYN0000410

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

## Pre-Authorized Auto Pay Plan Set-up Form

| OWNER INFORMATION |
|---|

**Member Name(s):** Mark Remaly
**Contract #:** 001361701014
**Member #:** 00203415902

| CONTRACT PAYMENT/ DOWN PAYMENT | _____ Enroll _____ Update | Auto Pay Due Date: | Amount: $0.00 |
|---|---|---|---|

| BANK INFORMATION | CREDIT CARD INFORMATION |
|---|---|
| _____ Checking* _____ Savings* | Card Type: _____ ** |
| Routing#: _____ | Credit Card #: _____ |
| Account Holder Name: _____ | Name on Card: _____ |
| Bank Name: _____ | (As it appears on card) |

| DUES PAYMENT | _____ Enroll _____ Update | Auto Pay Due Date: 11/01/2017 Frequency: Monthly | Amount: $76.42 |
|---|---|---|---|

| BANK INFORMATION | CREDIT CARD INFORMATION |
|---|---|
| _____ Checking* _____ Savings* | |
| Routing #: _____ | Card Type: Mastercard** |
| Bank Account #: _____ | Credit Card#: ************5610 |
| Name on Account: _____ | Name On Card: Mark Remaly |
| Name of Bank: _____ | (As it appears on card) |

| MY SAVINGS PAYMENT | _____ Enroll _____ Update | Auto Pay Due Date: 10/12/2018 | Amount: $49.95*** |
|---|---|---|---|

| BANK INFORMATION | CREDIT CARD INFORMATION |
|---|---|
| _____ Checking* _____ Savings* | |
| Routing #: _____ | Card Type: _____ ** |
| Bank Account #: _____ | Credit Card #: _____ |
| Name on Account: _____ | Name on Card: _____ |
| Name of Bank: _____ | (As it appears on card) |

*If your checking or savings account is with a foreign bank, please complete the Credit Card Information section.*
** At this time, Discover Cards can be used for US accounts only.
*** My Savings membership fees may vary. Refer to my My Savings Membership Agreement for more details.*

| AUTHORIZATION FOR PAYMENT |
|---|

I/(We) authorize Wyndham Resort Development Corporation, or any of its related or affiliated entities ("Company") to electronically debit or charge to my (our) bank account(s) or credit card account(s) indicated above the amounts due on the dates indicated under the contract(s) and membership(s) described above and any agreement related thereto. I understand that amounts due for maintenance fees and charges may increase due to changes in maintenance fees and charges as provided in my vacation ownership's governing documents, and I (we) hereby authorize Company to adjust the payment amounts due accordingly and to electronically debit or charge to my (our) bank account(s) or credit card account(s) the adjusted amount.

If the payment due date authorized herein falls on a weekend or holiday, I (we) understand that the payment may be executed on the next business day. I (we) understand that because this is an electronic transaction, these funds may be withdrawn from my account or charged to my credit card each period as soon as the above noted transaction date. Any transaction rejected for Non-Sufficient Funds (NSF) will be subject to a fee of up to $50 (as permitted by law) initiated as a separate transaction. If the amount due is not timely paid, late fees and interest may be charged as provided in the contract(s) and membership(s) described above or in my (our) vacation ownership's governing documents. I (we) understand that Company may at its discretion attempt to process any rejected or unsuccessful charge again within ten (10) days.

I (we) understand that this authorization will remain in effect until revoked by me (us) either (i) by telephone at 1-800-691-7289 or (ii) in writing by mail to Wyndham Consumer Finance, P.O. Box 98944, Las Vegas, Nevada 89193-8944. I (we) may also revoke this authorization by notice to the financial institution(s) holding my (our) bank account(s) or credit card account(s) indicated above. I (we) agree to notify Company in writing of any changes to my bank account(s) or credit card account(s), or termination of this authorization, at least fifteen (15) days prior to the next billing date. I (we) also hereby authorize Company to update my (our) bank account and/or credit card account details with information received from any card or account updating services.

I (we) acknowledge that the origination of ACH transactions must comply with the provisions of U.S. law. I will not dispute Company's recurring billing with my bank account(s) or credit card account(s) so long as the transactions correspond to the terms indicated in this agreement. I (we) understand that Company reserves the right to terminate this payment plan or my (our) participation therein at any time.

This authorization form cannot be used to change your existing due date. This agreement becomes effective for the next scheduled payment upon receipt of the signed agreement. Please allow up to seven (7) business days for processing.

Authorized Signature on Payment Plan    Print Name:    MARK REMALY    Date: 10/12/2017

Signature: _Mark Remaly_ (DocuSigned by: 3E5FB096D74A4CF...)    Print Name: MARK REMALY    Date: 10/12/2017

Signature: _____    Print Name: _____    Date: _____

Mail Form to: P.O. Box 98944, Las Vegas, Nevada 89193-8944    For Inquiries: 1-800-691-7289

Enroll Online: www.worldmark.com>Enroll in Auto-Pay

POINTOFSALEAPP    WNA-334/Rev. 5-17

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:38 PM.

WYN0000411

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

**WORLDMARK, THE CLUB**

**WYNDHAM RESORT DEVELOPMENT CORPORATION**

**PAYMENT PREFERENCE FORM**

|  |  |
|---|---|
| Member Number: | **00203415902** |
| Contract Number: | **001361701014** |

**1.   VACATION CREDIT PURCHASE**

| | |
|---|---|
| A. Vacation Credits Purchased | **10,000** |
| B. Annual WorldMark Dues (Payable Monthly) | **$790.04** |
| C. Monthly WorldMark Dues* | **$65.84** |

**2.   TRAVELSHARE DUES**

| | |
|---|---|
| A. Number of WorldMark Credits that are subject to TravelShare dues | **10,000** |
| B. Monthly TravelShare Membership Dues | **$10.58** |

**3.   TOTALS**

| | |
|---|---|
| A. Total Monthly Dues Payment (Monthly WorldMark and TravelShare Dues Combined)** | **$76.42** |
| B. Monthly Processing Fee (if not paid through and approved auto pay option) | **$0.00** |
| C. TOTAL Monthly Payment | **$76.42** |

_MR_/_____   If you have selected an approved auto pay option as method of payment, your first dues payment will be automatically withdrawn from your checking or credit card account on the 1st of each month following your account activation.

\*    Amount may be adjusted subject to any Assessment increases that may be approved by the WorldMark Board.
\*\*   This amount does not include any payments due in connection with the financing of this transaction.

Member's Signature(s)

DocuSigned by:
MARK REMALY
3E5E8C96D76A4CE...                          Date   10/12/2017
(Legal name as appears on valid identification)

Print Name **Mark Remaly**

_____                Date _____
(Legal name as appears on valid identification)

Print Name_____

Wyndham Resort Development Corporation Representative

DocuSigned by:
Leasa Klastow
6621A5B33BC846D...                          Date   10/12/2017

**All dues and fees are subject to change.**

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:38 PM.

WYN0000412



## TravelShare<sup>SM</sup>
### MEMBERSHIP AGREEMENT
### (California)

| | |
|---|---|
| WorldMark Member No. | **00203415902** |
| WorldMark Contract No. | **001361701014** |

---

### TRAVELSHARE MEMBER INFORMATION

**Applicant #1**   Mark Remaly          **Applicant #2** _____

Street Address:   **770 P St Apt 515**

**Washington**          **DC**          **20001**
City          State          Zip

Phone:   **(202)215-4237**          Phone: _____

Email Address: _____          Email Address: _____

---

**TravelShare Dues**-Monthly TravelShare Membership Dues: $   **10.58**

---

I(We) hereby execute this agreement (the *"Membership Agreement"*) to acquire a membership in TravelShare in accordance with the attached terms and conditions (the *"Terms and Conditions"*), as may be amended from time to time, and agree to be bound by them. Rules, regulations, guidelines, policies and procedures related to TravelShare are also contained in the TravelShare Program Guide (the *"Program Guide"*), which is incorporated herein by reference. In the event of a conflict between this Membership Agreement and the Program Guide, the Program Guide shall control. Wyndham Resort Development Corporation (*"WRDC"*) in its sole discretion reserves the right to amend the Program Guide and the provisions therein from time to time. The undersigned understand(s) that acceptance for membership in TravelShare is subject to approval by WRDC and payment of the TravelShare Dues, as well as other fees as may be charged from time to time. I(WE) UNDERSTAND THAT IF I(WE) CANCEL THIS TRAVELSHARE MEMBERSHIP AGREEMENT, THE CANCELLATION WILL ONLY APPLY TO THIS TRAVELSHARE MEMBERSHIP AGREEMENT AND WILL NOT CANCEL MY(OUR) WORLDMARK PURCHASE.

**YOU MAY CANCEL THIS TRAVELSHARE MEMBERSHIP AGREEMENT WITHOUT ANY PENALTY OR OBLIGATION WITHIN SEVEN (7) CALENDAR DAYS AFTER THE DATE YOU SIGN THIS TRAVELSHARE MEMBERSHIP AGREEMENT. IF YOU DECIDE TO CANCEL THIS TRAVELSHARE MEMBERSHIP AGREEMENT, YOU MUST NOTIFY WRDC IN WRITING OF YOUR INTENT TO CANCEL. YOUR NOTICE OF CANCELLATION SHALL BE EFFECTIVE UPON THE DATE SENT AND SHALL BE SENT TO WYNDHAM RESORT DEVELOPMENT CORPORATION AT 10750 W. CHARLESTON BLVD., SUITE 130, LAS VEGAS, NV 89135 ATTN: ACCOUNT SERVICING OPERATIONS. YOUR NOTICE OF CANCELLATION MAY ALSO BE SENT BY FACSIMILE TO (702) 227-3223 OR BY HAND DELIVERY TO THE SALES LOCATION WHERE YOU PURCHASED. ANY ATTEMPT TO OBTAIN A WAIVER OF YOUR CANCELLATION RIGHT IS VOID AND OF NO EFFECT.**

Signature:   *MARK REMALY*          Date:   10/12/2017
Applicant #1   (Legal name as appears on valid identification)
Print Name:   **Mark Remaly**

Signature: _____          Date: _____
Applicant #2   (Legal name as appears on valid identification)
Print Name:

WYNDHAM RESORT DEVELOPMENT CORPORATION

*Liasa Klastow*          Date:   10/12/2017
Authorized Agent

TSMEMBERAGREEMENTCA          WNA-330/Rev. 1-15

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:38 PM.

WYN0000413

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

# *TravelShare*<sup>SM</sup>

**Terms & Conditions**
**Of Membership**
**(California)**

**1. Membership.** Wyndham Resort Development Corporation (*"WRDC"*) has established the TravelShare program (*"TravelShare"*) whereby an owner of WorldMark, The Club (*"WorldMark Owner "*) who is a member of TravelShare can redeem certain WorldMark Vacation Credits (*"WorldMark Credits that are TravelShare-Qualified"* or *"WTS Credits"*) for, and among other things, cruises, airfare, select hotels and car rentals, and other vacation and travel opportunities (*"Benefits"*). By signing the TravelShare Membership Agreement, the applicant (*"You"* or *"Your"*) agrees to abide by these terms and conditions (*"Terms & Conditions"*), along with those other provisions, rules and guidelines contained in the TravelShare Program Guide (*"Program Guide"*) and other TravelShare materials (collectively, *"Program Documents"*), as they may be amended from time-to-time. Membership in TravelShare is voluntary.

**2. Membership Eligibility.** (i) Individuals who purchase a WorldMark® ownership on or after November 5, 2006 through WRDC or a subsidiary or affiliated company of WRDC; and (ii) WorldMark Owners who, on or after November 5, 2006, make a single purchase of at least 5,000 WorldMark Vacation Credits through WRDC, or a subsidiary or affiliate of WRDC, are eligible to become members of TravelShare. Additionally, transferees of WTS Credits who acquire such WTS Credits from a TravelShare member by will or intestate succession, or transferees of WTS Credits who acquire such WTS Credits from an Immediate Family Member who is a TravelShare member are eligible to become members of TravelShare during the transfer process without any additional purchase of WorldMark Vacation Credits. *"Immediate Family Member"* includes parents, spouses, domestic partners, siblings, children and grandchildren. WRDC, in its sole discretion, with or without notice, has the unilateral right to expand or contract the list of WorldMark Owners who are eligible to become TravelShare members.

**3. Membership Conditions.** Membership in TravelShare is subject to the following conditions: (i) You are a TravelShare member in good standing, and all TravelShare dues, charges and fees, including interest and late charges, if any, are current; (ii) You are not in violation of the Program Documents; (iii) You are a WorldMark Owner in good standing with WorldMark, and all WorldMark dues, assessments, charges and fees, including interest and late charges, if any, are current; and (iv) You are not delinquent on any installment loan payment to WRDC or in default under the WRDC loan documents. Failure to satisfy any of these conditions could result in cancellation of a reserved or purchased Benefit, suspension of Your use of Benefits, or the termination of Your TravelShare membership.

**4. Membership Restrictions.** Your TravelShare membership (i) is not transferable; (ii) does not confer on You any vested or prescriptive right or easement in or to use any facility where Benefits are offered; (iii) does not constitute an investment in, nor does it entitle You to, an equity or ownership interest in WRDC, TravelShare or WorldMark; and (iv) will not entitle You to become involved in the management or operation of WRDC, TravelShare, WorldMark or any provider of Benefits. You should not expect to derive any economic profits from TravelShare. Benefits are offered only for Your recreational use. Your sale or rental of Benefits is not permitted and can result in the suspension or termination of Your TravelShare membership.

**5. WorldMark Credits that are TravelShare-Qualified.** The following WorldMark Vacation Credits are eligible to be WTS Credits: (i) WorldMark Vacation Credits owned before November 5, 2006; (ii) WorldMark Vacation Credits acquired through WRDC, or a subsidiary or affiliated company of WRDC, on or after November 5, 2006; (iii) WTS Credits transferred by will or intestate succession; (iv) WTS Credits transferred from an Immediate Family Member; and (v) other types of credits issued by WRDC, or a subsidiary or an affiliate of WRDC as determined by WRDC from time-to-time. WorldMark Vacation Credits purchased on or after November 5, 2006, from private individuals or resale companies are not eligible to be WTS Credits. If you own multiple WorldMark ownerships, You may have a separate TravelShare membership for each WorldMark ownership; however, WTS Credits from one TravelShare membership cannot be combined with WTS Credits from another TravelShare membership to reserve, purchase or use a particular Benefit, or to determine Your Tier level. WTS Credits that are unused at the end of an Anniversary Year (as defined in the WorldMark Governing Documents) will automatically carry over for use in the following year, and will expire at the end of that year. Except as otherwise provided in the Program Guide, WTS Credits that have been carried over for use in the following year may be used for Benefits. WTS Credits may not be borrowed from a future year for Benefits.

**6. TravelShare Tiers.** There are four TravelShare membership tiers (*"Tiers"*): *TravelShare, WorldMark by Wyndham Silver Elite, WorldMark by Wyndham Diamond Elite, and WorldMark by Wyndham Platinum Elite.* The Benefits and costs associated with each Tier are set forth in the Program Documents, and are subject to change. Your Tier is determined by the number of WTS Credits in Your TravelShare account.

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:38 PM.

WYN0000414

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

**7. Tiers and Benefits.** Tiers and Benefits available to You are determined by WRDC. The terms of individual Tiers and Benefits are described in the Program Documents, a copy of which has been provided to You along with Your TravelShare Membership Agreement. Benefits are also subject to the separate terms and conditions of their individual providers and are subject to change from time to time. WRDC accepts no responsibility for the acts or omissions of any person providing Benefits to TravelShare members. There may be certain additional costs, fees and expenses associated with certain Benefits. WRDC cannot guarantee that You will be able to reserve, purchase or use a particular Benefit. Your Tier level will determine the Benefits You are eligible to receive. Additionally, Your Tier level can change during Your TravelShare membership based on the number of WTS Credits in Your TravelShare account. To receive particular Tier Benefits, You may be required to be at the designated Tier level at the time the Benefit is purchased or reserved, and at the time the Benefit is used. Cancellation windows varying by Benefit. Consult Your Program Guide for current Benefit cancellation rules.

**8. Modifications.** WRDC reserves the right in its sole discretion, without prior notice to You, to (i) revise the Program Documents; (ii) add, delete and/or change Tiers and Benefits; or (iii) terminate TravelShare. If a Tier or Benefit becomes unavailable for any reason whatsoever, You hereby waive any and all claims against WRDC resulting from the unavailability of such Tier or Benefit.

**9. Use of WTS Credits; Housekeeping Services.** The Program Guide explains how to use WTS Credits for Benefits, as well as the number of WTS Credits that will be deducted from Your TravelShare account when You reserve, purchase or use a particular Benefit. By Your use of WTS Credits to reserve, purchase or use a Benefit, You understand and agree that Your WTS Credits will be assigned to WRDC for use by WRDC for its own purposes in accordance with the Program Documents and the rules and regulations of WorldMark, along with one (1) free WorldMark housekeeping for each reservation or purchase of a Benefit, but only to the extent You have a free WorldMark housekeeping in Your WorldMark account.

**10. Dues, Fees and Charges.** Membership in TravelShare requires Your payment of monthly dues (**"Dues"**) to WRDC. In addition, there may be other fees and charges payable to WRDC or Benefit providers when using Benefits (**"Additional Fees"**). Dues and Additional Fees are collectively referred to as "Fees". Fees are subject to change by WRDC or the Benefit providers from time to time in their sole discretion without prior notice to You. The amount of Your Dues is printed on Your TravelShare Membership Agreement or Membership Addendum, and in Your Payment Preference Form (**"PPF"**). Additional information about Fees may also be found in the Program Documents. Failure to pay Your Dues within thirty (30) days after it becomes due shall result in the immediate suspension of Your TravelShare membership. Failure to pay Your Dues within one hundred-eighty (180) days after it becomes due shall result in the immediate termination of Your TravelShare membership and require You to again meet the eligibility requirements set forth in Paragraph 2 above, and sign a new TravelShare Membership Agreement to rejoin TravelShare.

**11. Automatic Billing.** If authorized in writing by You, Your Dues will be automatically charged to the credit card or checking account You designate.

**12. Personal Expenses.** You are responsible for payment of any personal expenses and costs incurred while utilizing any Benefits such as, but not limited to, port fees, airport security fees, transient taxes, ground transportation and gratuities.

**13. RCI® Membership.** TravelShare membership includes membership in the RCI, LLC (**"RCI"**) international exchange network, pursuant to the rules outlined in the Program Guide, with regard to Your WorldMark Vacation Credits, and as such TravelShare members are not individually charged an annual RCI membership fee. Your Dues includes the annual RCI membership fee to RCI. A TravelShare member who utilizes exchange services through RCI will be subject to any applicable exchange fees as established by RCI. Enrollment in RCI takes 6-8 weeks.

**14. Liability.** WRDC, its subsidiaries, officers, directors, employees and agents are not liable for, and expressly disclaim any and all liability for, any injury, liability, expense, cost, damage, theft, penalty or loss of any kind incurred or caused by a TravelShare member, or their guests or family members (collectively, **"Guests"**), (i) in connection with the use of or participation in TravelShare or any Benefits, or (ii) resulting from any act or omission of any individual or entity providing a TravelShare Benefit, product or service. WRDC's liability for any loss or damage incurred by You or Your Guests through the use of or participation in TravelShare or any Benefit is limited to the Fees paid by You to WRDC. You are responsible for all damages caused by You and Your Guests while using a Benefit, and You agree to indemnify and hold WRDC and its officers, directors, employees, and agents harmless for all costs, including reasonable attorney's fees, incurred as a result of the negligent or willful acts or omissions or You or Your Guests.

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:38 PM.

WYN0000415

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

**15. Right to Cancel Membership.** You may cancel Your TravelShare membership at any time after Your seven (7) day cancellation period by delivering a notice of Your intent to cancel (the "Cancellation Notice") to WRDC in writing to 10750 W. Charleston Blvd., Suite 130, Las Vegas, NV 89135, Attn: Account Servicing Operations. You may also send the Cancellation Notice by facsimile to (702) 227-3223 or by hand-delivery to the sales location where You applied for Your TravelShare membership.

**16. Effect of Cancellation or Termination.** Access to all Benefits will immediately cease following cancellation or termination of Your TravelShare membership. Benefits that were purchased or reserved prior to cancellation or termination of Your TravelShare membership, but which will not be used until after Your TravelShare membership is cancelled or terminated, may be cancelled depending upon the Benefit. In the event a Benefit is canceled, the WTS Credits used towards the Benefit and any Additional Fees paid in connection with the cancelled Benefit will be subject to the Benefit cancellation policies set forth in the Program Documents. Dues will not be refunded upon cancellation or termination of Your TravelShare membership. To rejoin TravelShare after termination or cancellation of Your TravelShare membership, You must again meet the eligibility requirements set forth in Paragraph 2 above, and sign a new TravelShare Membership Agreement. Cancellation or termination of Your TravelShare membership will have no effect on Your other contractual obligations or agreements with WRDC or Your WorldMark ownership.

**17. Miscellaneous.** No person is authorized to give You any information or make any representation not contained in the Program Documents. If given or made, such information or representation should not be relied upon. No federal, state or local governmental authority has passed upon or endorsed the merits of TravelShare or the Benefits. In the event of any conflict between the TravelShare Program Documents and the WorldMark Governing Documents, the WorldMark Governing Documents shall control as to all matters pertaining to WorldMark resorts and accommodations.

**TravelShare is an incidental benefit offered by Wyndham Resort Development Corporation to owners of WorldMark, The Club. Use of or participation in TravelShare is completely voluntary, and payment of any fee or other cost associated with TravelShare, if any, is required only upon use or participation. The continued availability of TravelShare is not necessary for the use and enjoyment of a WorldMark Owner's use of any accommodation of WorldMark, The Club. No costs associated with TravelShare are passed on to owners of WorldMark. Participation in the TravelShare program is separate from membership in WorldMark, The Club and can be modified or discontinued at any time. WorldMark Owners should not purchase a WorldMark ownership in reliance on the continued availability or renewal or extension of this incidental benefit.**



TSMEMBERAGREEMENTCA

WNA-330/Rev. 1-15

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:38 PM.

WYN0000416

DocuSign Envelope ID: FFF75d38-F5A8-4A51-BFA5-3CA1366F4667

Copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.

Member Number: **002034415902**
Contract Number: **001361701014**
Contract Date: **10/12/2017**

## BY WYNDHAM

## *TravelShare Features*

Congratulations on your purchase of WorldMark vacation credits that are TravelShare Qualified! In addition to all of the exciting benefits of WorldMark ownership, you will also enjoy these added features of the TravelShare program:



**[X] TravelShare**

RCI Membership
Complimentary Resort Net
Affiliate Resorts
Connections Cruises & Tours
Quarterly Collection
Exclusive Reservations Number
Discounted My Savings Renewal
Wyndham Rewards® Redemption

**[ ] *WorldMark by Wyndham*
Silver Elite**

RCI Membership
Affiliate Resorts
Connections Cruises & Tours
Quarterly Collection
Owner Card
Exclusive Reservations Number
Elite News Flash
Grocery Reminder
Reservation Reminders
Travel Ala Carte and On Sale!
Elite Rental 14 cents a credit
Elite Check-In Service
10% Additional Referral Credit
One Free Movie Rental
Discounted My Savings Renewal
Wyndham Rewards® Redemption
Elite Now
Elite Peek
Elite Merchandise

**[ ] *WorldMark by Wyndham*
Diamond Elite**

RCI Membership
Affiliate Resorts
Connections Cruises & Tours
Quarterly Collection
Owner Card
Exclusive Reservations Number
Elite News Flash
Grocery Reminder
Reservation Reminders
Travel Ala Carte and On Sale!
Elite Rental 12 cents a credit
Elite Check-In Service
15% Additional Referral Credit
One Free Movie Rental
Complimentary TravelSecure
Personal Choice (every other year)
Complimentary My Savings Renewal
Wyndham Rewards® Redemption
Elite Now
Elite Peek
Elite Merchandise

**[ ] *WorldMark by Wyndham*
Platinum Elite**

RCI Membership
Affiliate Resorts
Connections Cruises & Tours
Quarterly Collection
Owner Card
Exclusive Reservations Number
Elite News Flash
Grocery Reminder
Reservation Reminders
Travel Ala Carte and On Sale!
Elite Rental 10 cents a credit
Elite Check-In Service
20% Additional Referral Credit
Unlimited Free Movie Rentals
Complimentary TravelSecure
Personal Choice (every year)
Complimentary Housekeeping
Complimentary My Savings Renewal
Wyndham Rewards® Redemption
Elite Now
Elite Peek

See the TravelShare Program Rules for terms and conditions.  Some of the TravelShare features set forth above are subject to the separate terms and conditions of their individual providers and are subject to change from time to time. The TravelShare tier listed above may reflect temporary Bonus Credits, if applicable, which could bump to a higher TravelShare tier temporarily. Please refer to the Bonus Credits Disclosure Form for further details.

WNA-584/Rev. 8-12

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:38 PM.

WYN0000417

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

**CALIFORNIA**

Member Number: **00203415902**
Contract Number: **001361701014**

# WorldMark by Wyndham My Savings
# MEMBERSHIP AGREEMENT

Sales Office Location: **WMSD Balboa Pk InHouse Sales**                 Date: **10/12/2017**

WorldMark by Wyndham My Savings program is a unique entertainment, recreation, vacation and travel program offering a wide variety of benefits and privileges to its Members on an annual basis. WorldMark by Wyndham My Savings membership entitles the Members family, including up to two adults and their dependent children up to age 21, access to all benefits, discounts and other privileges as provided herein.

## MEMBERSHIP INFORMATION

Name(s): **Mark Remaly**

Address: **770 P St Apt 515**

City:        **Washington**        State: **DC**        Zip: **20001**        Home #: **(202)215-4237**        Work #:

**MEMBERSHIP TYPE**  *(Check One Below)*
__X__  WorldMark by Wyndham My Savings - WorldMark Owner
_____  WorldMark by Wyndham My Savings - Discovery Member

**INITIAL ANNUAL MEMBERSHIP FEE  $ __Waived__**
Initial Annual Membership Fee includes annual membership for first term of twelve (12) months.

**ANNUAL MEMBERSHIP FEE BASED ON MEMBERSHIP TYPE:**

| Membership Type | Annual Membership Fee |
|---|---|
| Non-TravelShare | $99.95 |
| TravelShare | $49.95 |
| WorldMark by Wyndham Silver Elite | $49.95 |
| WorldMark by Wyndham Diamond Elite | $0 |
| WorldMark by Wyndham Platinum Elite | $0 |

### WorldMark by Wyndham My Savings Membership Terms and Conditions

WorldMark by Wyndham My Savings is a program formed to provide various travel-related benefits and privileges to its Members and currently consists of such benefits as discounts on resort lodging, golf, recreation, car rentals, hotels, motels, cruises and airfare as well as other non-travel related discounts. An individual becomes a Member of WorldMark by Wyndham My Savings by submitting this completed WorldMark by Wyndham My Savings Membership Agreement (**"Agreement"**) and by the payment of the applicable membership fees. The Agreement, when signed by the Member and a WorldMark by Wyndham My Savings representative, will form a legally binding contract between the Member and Wyndham Resort Development Corporation (**"Sponsor"**), subject to the following terms and conditions:

**1. Membership.** Membership in WorldMark by Wyndham My Savings is available to individuals and their immediate families only. Membership in WorldMark by Wyndham My Savings is non-transferable and may not be sold.

**2. Terms of Individual WorldMark by Wyndham My Savings Programs and Benefits.** Programs and benefits offered to WorldMark by Wyndham My Savings Members are described and depicted in the Member's kit, a copy of which has been provided to Member along with this Agreement. Said program and benefits are subject to the separate terms and conditions of the suppliers of the individual benefits which separate terms and conditions are subject to change at any time. The WorldMark by Wyndham My Savings benefits may be changed or eliminated without prior notice to the Members. The Sponsor accepts no responsibility for the acts or omissions of any persons providing such programs or benefits directly to Members. There may be certain additional costs, fees and expenses associated with certain WorldMark by Wyndham My Savings programs or benefits currently available or added by the Sponsor from time to time and such additional costs, if any, shall be borne solely by the Member. Any fees required are disclosed in the materials for the specific benefit.

**3. Personal Expenses.** The Member is responsible for payment of any personal expenses incurred while utilizing any WorldMark by Wyndham My Savings program or benefit. The use of or participation in WorldMark by Wyndham My Savings program is completely voluntary, and payment of any fee or other cost associated with WorldMark by Wyndham My Savings is required only upon that use or participation.

**4. Membership Suspension and Termination.** This Agreement, together with Member status, may be suspended or terminated by the Sponsor without further obligation if the Member fails to comply with these terms and conditions or the terms of the various programs and/or benefits of WorldMark by Wyndham My Savings or if the Member becomes delinquent on any amounts owed to Sponsor and/or its affiliates. Further, Membership may be terminated for any misuse of the WorldMark by Wyndham My Savings, violation of any federal, state or local law or regulation in connection with the use of membership privileges, failure to pay for charges associated with a WorldMark by Wyndham My Savings program or benefit or for any other reason. Membership in WorldMark by Wyndham My Savings will automatically terminate if the Member is no longer a WorldMark Owner.

WNA-601/Rev. 6-13

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:38 PM.

WYN0000418

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

**CALIFORNIA**

Member Number:   **00203415902**
Contract Number:   **001361701014**

    **5.   Program Changes.** The terms and conditions of this Agreement and of the WorldMark by Wyndham My Savings programs and benefits may be changed from time to time at the sole discretion of the Sponsor.  **Sponsor reserves the right to increase the annual fee or future fees from time to time.** Members shall be notified of any information regarding such changes in the WorldMark by Wyndham My Savings publications or written correspondence.  Current editions of those publications shall supersede prior editions with respect to the terms and conditions of membership and the WorldMark by Wyndham My Savings programs and benefits.  The Sponsor is bound only by the representations that it makes concerning the terms and conditions of its programs and benefits set forth in its official publications or written correspondence and is not responsible for contrary or conflicting representations made by any other person.

    **6.   Limitation of Liability and Release.** Sponsor, its subsidiaries, officers, directors, employees and agents, including without limitation, its advertising agencies, printers and other suppliers, shall not be liable for and expressly disclaim any and all liability for any injury, liability, expense, cost, damage, penalty or loss of any kind incurred or caused by a Member, their family, or their guests (i) in connection with the utilization of or participation in any WorldMark by Wyndham My Savings program or benefit, or (ii) resulting from any acts or omissions of any individual or entity providing a product, benefit or service in the WorldMark by Wyndham My Savings program. Sponsor's liability for any other loss or damage incurred by a Member through use of the WorldMark by Wyndham My Savings programs or benefits is limited to the fee paid by such Member for membership in WorldMark by Wyndham My Savings. The Member hereby agrees to release and hold harmless Sponsor, its subsidiaries, successors and assigns, its and their advertising agencies, printers and other suppliers, as well as its officers, directors, employees and agents for any injury, liability, expense, cost, damage, penalty or loss of any kind incurred by Member, the Member's family or guest during any trip or utilization of any WorldMark by Wyndham My Savings program or benefit and for any related damage, theft or loss caused or incurred by the Member, the Member's family or guest.

    **7.   Effective Date and Activation.** This Agreement becomes effective when it is signed by the Member and the Sponsor's WorldMark by Wyndham My Savings Representative.  The Member must activate the WorldMark by Wyndham My Savings Membership as indicated on the WorldMark by Wyndham My Savings Card before commencing use.  If the Member delays activation of the WorldMark by Wyndham My Savings Card, the period of time between the effective date and the activation date will be lost.

    **8.   Effect of Termination.** Termination of Membership in WorldMark by Wyndham My Savings will have no effect on such Member's vacation ownership contractual obligations or agreements and will not result in termination of an ownership interest which a Member may have in real estate, including but not limited to a timeshare, lot, home, condominium, townhouse or undivided interest. Membership in WorldMark by Wyndham My Savings is not additional consideration for the purchase of a vacation ownership interest. Cancellation of Membership in WorldMark by Wyndham My Savings shall in no way relieve a Member of their obligation under any other vacation ownership interest contract or agreement.

    **9.   Availability of Programs and Benefits.** As WorldMark by Wyndham My Savings depends on the services and programs offered by unrelated third party suppliers, Sponsor cannot guarantee continued availability of all programs and benefits.  If a WorldMark by Wyndham My Savings program or benefit becomes unavailable for any reason whatsoever, the Member waives any and all claims against Sponsor resulting from the unavailability of such program or benefit.

    **10.   Miscellaneous Disclosures.** The continued availability of WorldMark by Wyndham My Savings is not necessary for the use and enjoyment of any accommodation within Member's timeshare plan.  No costs of acquisition, operation, maintenance, or repair of WorldMark by Wyndham My Savings are passed on to purchasers of a vacation ownership interest in a timeshare plan as a common expense.

**You may cancel this Agreement without any penalty or obligation within seven (7) calendar days after the date you sign this Agreement.  If you decide to cancel this Agreement, you must notify the Sponsor in writing of your intent to cancel.  Your notice of cancellation shall be effective upon the date sent and shall be sent to Wyndham Resort Development Corporation, Attn: WorldMark by Wyndham My Savings at: P.O. Box 690189, Orlando, FL 32869-0189 or 6277 Sea Harbor Dr., Orlando, FL 32821.  Your notice of cancellation may also be sent by facsimile to (407) 967-4831 or by hand-delivery to the sales location where you purchased.  Any attempt to obtain a waiver of your cancellation rights is void and of no effect.**

DocuSigned by:
*MARK REMALY*
3E5FB096D74A4CF...        10/12/2017

---

Member's Signature (Legal name as appears on valid identification)Date      Member's Signature (Legal name as appears on valid identification)  Date

Print Name     **Mark Remaly** _____      Print Name _____

DocuSigned by:
*Lisa Glaslow*        10/12/2017

---

Wyndham Resort Development Corporation      Date
Authorized Representative

WNA-601/Rev. 6-13

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:38 PM.

WYN0000419

Sent to be electronically signed using Docusign Document Cloud eSign (eSIGN™) Service.
DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667



Member Number:  **00203415902**
Contract Number:  **001361701014**

## Acknowledgement of Fees and Charges

1. **WorldMark Fees:**  All of the following fees and charges are in U.S. funds and are subject to change by the elected WorldMark, The Club Board of Directors:

   - Annual Dues:  I will be charged annual dues (maintenance fees) based upon the number of Vacation Credits owned.
   - Housekeeping:  I will receive one (1) free housekeeping service at the end of the stay at a resort for each block of 10,000 Vacation Credits owned.  The free housekeeping service(s) will be available at the beginning of each Anniversary Year. Any additional use of Vacation Credits in either the WorldMark system or exchange program within the Anniversary Year will be charged at the current (USD) rate as may be determined by the WorldMark, The Club Board. Housekeeping charges do not apply to Bonus Time use.  The current rates are:

   **Housekeeping Fees Effective January 1, 2017:**

| Housekeeping Fees | Unit Types | Housekeeping Fees | Unit Types |
|---|---|---|---|
| $64.00 | Hotel Room<br>Studio Hotel<br>Studio Compact<br>Studio<br>Studio Cottage<br>Studio Plus<br>Studio Deluxe<br>Studio Loft | $129.00 | 2 Bedroom Penthouse<br>2 Bedroom Presidential<br>2 Bedroom Presidential Deluxe<br>2 Bedroom Presidential Casita |
| $85.00 | Studio Presidential<br>1 Bedroom Compact<br>1 Bedroom Compact Hotel<br>1 Bedroom Hotel<br>1 Bedroom<br>1 Bedroom Cottage<br>1 Bedroom Loft<br>1 Bedroom Suite<br>1 Bedroom Plus<br>1 Bedroom Deluxe<br>2 Bedroom Compact<br>2 Bedroom Hotel | $140.00 | 3 Bedroom Penthouse<br>3 Bedroom Presidential<br>3 Bedroom Presidential Casita |
| $98.00 | 1 Bedroom Penthouse<br>1 Bedroom Presidential<br>2 Bedroom<br>2 Bedroom Loft<br>2 Bedroom Suite<br>2 Bedroom Plus<br>2 Bedroom Deluxe | $170.00 | 4 Bedroom Penthouse<br>4 Bedroom Presidential<br>4 Bedroom Presidential Casita |
| $111.00 | 2 Bedroom Chalet<br>3 Bedroom<br>3 Bedroom Plus<br>3 Bedroom Deluxe<br>3 Bedroom Deluxe Loft<br>3 Bedroom Chalet<br>4 Bedroom Deluxe | | |

   - Bonus Time:  $.063 per Vacation Credit with a $50 minimum.  Bonus Time stays typically range from $50 to $60 per night.
   - Reservation Cancellations:  Any reservations cancelled with less than the required number of days prior to the first (1st) day of occupancy will be subject to a charge consisting of the loss of Vacation Credits or Bonus Time fees for those days that another WorldMark Owner does not reserve my space.
   - Other:  Fees and charges that are my responsibility include video rentals, long distance telephone charges, and pay-for-view television.

WNA-727/Rev.11-16

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:38 PM.

WYN0000420

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

Member Number: **00203415902**
Contract Number: **001361701014**

**2. Non-WorldMark Fees and Charges:** The following fees and charges are subject to change:

- Processing Fee: In addition to the purchase price, I understand and agree to pay Seller a **$349.00** Processing Fee which is charged to all buyers whether paying in cash or buying on credit to cover various processing services related to the sale including administration and preparation of various documents related to the sale. These services are separate and distinct from the services that Seller performs as settlement agent.
- Occupancy Tax: A few local communities charge an occupancy tax that is collected when you make a reservation at a resort in that community.

**3. RCI Exchange Fees:** Current fees associated with RCI:

- Domestic and International Exchanges: $230 USD per week when made via online booking or via the RCI Call Center.
- Guest Certificates: $69 USD in addition to applicable exchange fee listed above.
- Nightly Stays: $49 USD for 1 night; $69 USD for 2 nights; $99 USD for 3 nights; $119 USD for 4 nights; $159 USD for 5 nights; $179 USD for 6 nights; $189 USD for 7-13 nights; $278 USD for 14 or more nights when made via the RCI Call Center or via online booking.
- If you are a Canadian resident, please note that, due to the frequent currency fluctuations of the Canadian dollar, RCI adjusts the transaction fee pricing for residents of Canada on a regular basis.

Owner Signature _____ MARK REMALY _____    Date _____ 10/12/2017

Print Name _____ **Mark Remaly** _____

Owner Signature _____    Date _____

Print Name _____

WorldMark, The Club & Developer Representative _____    Date _____ 10/12/2017

WNA-727/Rev.11-16

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:38 PM.
WYN0000421

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667





Contract No.  001361701014
Member No.   00203415902

# Wyndham Rewards® Maintenance Fee Reference Guide for New Cardholders

## How You Earn

| Wyndham Rewards Earning Examples |
| --- |
| Wyndham Rewards® hotel stays<br>10 Wyndham Rewards Points per $1 spent<br>*Minimum of 1000 points per night stay |
| Wyndham Rewards® Visa® card<br>3 Wyndham Rewards points per $1 spent on eligible purchases for every participating hotel stay, Wyndham Vacation Rental North American properties, and on-property spend and maintenance fees at Wyndham timeshare properties using the Wyndham Rewards Visa Card. |
| 2 Wyndham Rewards Points per $1 spent on eligible gas, utility and grocery store purchases (excluding Target® and Wal-mart®) using the Wyndham Rewards Visa Card. |
| 1 Wyndham Rewards point per $1 spent on purchases using the Wyndham Rewards Visa Card everywhere else (excluding Wyndham Timeshare down payments) |
| Avis® or Budget® 1-day car rental<br>100 Wyndham Rewards points per Day |

Wyndham Rewards Points Earned

WorldMark Dues that can be paid with Wyndham Rewards Points

| Wyndham Rewards Points | WorldMark Dues |
| --- | --- |
| 40,000 | $200 |
| 80,000 | $400 |
| 120,000 | $600 |
| 200,000 | $1,000 |

10,000 Wyndham Rewards Points equals $50 in WorldMark dues plus Assessment Fees (including POA Maintenance Fees). Redemption levels are subject to change and are maintained exclusively by Wyndham Rewards.

Signature _____ MARK REMALY _____ Date ___10/12/2017___
3E5F3096D74A4CF...

Signature _____ Date _____

2228-13 WNA0741/Rev. 5-17

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:38 PM.

WYN0000422

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

Contract No. **001361701014**

## ELECTRONIC DELIVERY ACKNOWLEDGMENT

x

_____   The undersigned purchaser(s) acknowledge that they have chosen **not** to receive all documents related to this purchase electronically and will receive a printed copy of all sales documents.

_____   The undersigned purchaser(s) acknowledge that they have chosen to receive all documents related to this purchase electronically.

Purchaser(s) should not select electronic delivery of documents unless they can be viewed prior to the end of their cancellation period.

Dated this **12th Day Of October, 2017**.

DocuSigned by:

MARK REMALY

3E5FB096D74A4CF...

_____                          _____
Purchaser                                                                       Purchaser

**Mark Remaly**
_____                          _____
Print Name                                                                    Print Name

WNA-755/Rev.9-16

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:38 PM.

WYN0000423

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667



BY **WYNDHAM**

Contract No. **001361701014**

## VIDEO AND SOUND RECORDING CONSENT FORM

I/we, **Mark Remaly** , authorize Wyndham Resort Development Corporation (**"WRDC"**) to take and use video and sound recordings of the vacation ownership purchase document review.

I/we understand that the video and sound recordings (**"Recordings"**) may be used for quality assurance training or monitoring purposes, as well as to ensure compliance with industry regulations and for other business purposes.

I/we understand and agree to the conditions outlined in this video and sound recording consent form.

I/we understand that the Recordings are the property of WRDC and I will not be given a copy of either recording, nor will the Recordings be part of any agreement or contract I enter into with WRDC.

I/we acknowledge that I am fully aware of the contents of this consent form and am under no disability, duress, or undue influence at the time of my signing this consent form.

X ~~MARK REMALY~~       10/12/2017
Owner **Mark Remaly**                Date Signed

X _____  _____
Owner                            Date Signed

WNA-801/4-17

WYN0000424

Case 1:20-cv-03028-LTB-NYW   Document 64-8 Filed 07/14/21   USDC Colorado   Page 34 of 52

Sent for electronic signing through DocuSign Document Management (DDM™) Service.

DocuSign
SECURED

## Certificate Of Completion

Envelope Id: FFF75438F5A84A51BFA53CA1366F4667                    Status: Completed
Subject: Sign in Person Attachment Form.pdf
Owner's Last Name: REMALY
Contract Number: 001361701014
Ownership Type: Standard
Entity: WBW
Site: 2Balboa Park
Membership Type: New
Source Envelope:
Document Pages: 45                 Signatures: 28                Envelope Originator:
Certificate Pages: 5               Initials: 3                  136 / 202 WbW Balboa park/ WbW San Diego
                                                                Frontline
AutoNav: Enabled                                                8427 Southpark Cir Ste 120
EnvelopeId Stamping: Enabled                                    Orlando, FL  32819
Time Zone: (UTC-08:00) Pacific Time (US & Canada)               esig.balboapark@wyn.com
                                                                IP Address: 167.124.124.23

## Record Tracking

Status: Original                   Holder: 136 / 202 WbW Balboa park/ WbW San    Location: DocuSign
         10/12/2017 2:42:55 PM     Diego Frontline
                                   esig.balboapark@wyn.com

Status: Authoritative Copy         Holder: 136 / 202 WbW Balboa park/ WbW San    Location: DocuSign
         10/12/2017 3:29:45 PM     Diego Frontline
                                   esig.balboapark@wyn.com

## Signer Events

| Signer Events | Signature | Timestamp |
|---|---|---|

**Leasa Klastow**
LEASA.KLASTOW@WYN.COM
QA
Wyndham Vacation Ownership
Security Level: Email, Account Authentication
(None)

Signature: *Leasa Klastow* — 6521A5B33BC646D...

Using IP Address: 167.124.124.23

Sent: 10/12/2017 3:08:10 PM
Viewed: 10/12/2017 3:08:24 PM
Signed: 10/12/2017 3:08:56 PM

**Electronic Record and Signature Disclosure:**
Accepted: 11/21/2016 11:24:13 AM
ID: 51441b27-54cf-4029-9ce2-95f75f680664

136 WbW Balboa park
esig.balboapark@wyn.com
Wyndham Vacation Ownership
Security Level: Email, Account Authentication
(None)

**Completed**

Using IP Address: 167.124.124.23

Sent: 10/12/2017 3:08:59 PM
Viewed: 10/12/2017 3:26:07 PM
Signed: 10/12/2017 3:29:41 PM

**Electronic Record and Signature Disclosure:**
Not Offered via DocuSign

## In Person Signer Events

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

In Person Signing Host:
Leasa Klastow
LEASA.KLASTOW@WYN.COM
In Person Signer:
MARK REMALY
Security Level: In Person, Please enter the Driver's
License that will be used to verify signer's identity. -
4019603

Signature: *MARK REMALY* — 3E5FB096D74A4CF...

Using IP Address: 167.124.124.23

Sent: 10/12/2017 2:50:30 PM
Viewed: 10/12/2017 3:00:57 PM
Signed: 10/12/2017 3:08:08 PM

**Electronic Record and Signature Disclosure:**
Accepted: 10/12/2017 3:00:57 PM
ID: 4d9588c0-33d9-47e9-b31d-46ae7440b3fd

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:39 PM.

WYN0000425

Summary of Electronic Records (Hosted DocuSign Signature Service eSD™) Service.

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 10/12/2017 3:08:59 PM |
| Certified Delivered | Security Checked | 10/12/2017 3:26:07 PM |
| Signing Complete | Security Checked | 10/12/2017 3:29:41 PM |
| Completed | Security Checked | 10/12/2017 3:29:41 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**



WYN0000426

Electronic Record and Signature Disclosure created on: 6/18/2014 9:18:13 AM

Parties agreed to: Leasa Klastow, In Person Signer: MARK REMALY

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Wyndham Vacation Ownership (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:39 PM.

WYN0000427

electronically from us.

**How to contact Wyndham Vacation Ownership:**
You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
 To contact us by email send messages to: WVRFinancialInquiry@wyn.com

**To advise Wyndham Vacation Ownership of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at WVRFinancialInquiry@wyn.com and in the body of such request you must state: your previous e-mail address, your new e-mail address.  We do not require any other information from you to change your email address..
In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.

**To request paper copies from Wyndham Vacation Ownership**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to WVRFinancialInquiry@wyn.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Wyndham Vacation Ownership**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:
> i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
> ii. send us an e-mail to WVRFinancialInquiry@wyn.com and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent..  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process,.

**Required hardware and software**

| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
|---|---|
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safari™ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.

**Acknowledging your access and consent to receive materials electronically**

WYN0000428

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Wyndham Vacation Ownership as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by Wyndham Vacation Ownership during the course of my relationship with you.



The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:39 PM.

WYN0000429

# The Exchange Network Disclosure Summary

## Acknowledgment of Receipt

June 1, 2017

Contract No. 001361701014 _____

Member No. 00203415902 _____

I/We hereby acknowledge that I/we received a copy of The Exchange Network
Disclosure Summary.



DocuSigned by:

MARK REMALY

3E5FB096D74A4CF...                                                10/12/2017
_____                      _____
Buyer                                              Date

_____                      _____
Buyer                                              Date

DocuSigned by:

Leasa Klastow

6621A5B33BC846D...                                               10/12/2017
_____                      _____
Witness                                            Date

(WNA-TEN Rev.06-01-17)

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:39 PM.

WYN0000430

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

Site Sign in Person Attachment Form





The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:40 PM.

WYN0000431

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:40 PM.

WYN0000432

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

# Credit Authorization/Owner Information

I/We authorize Wyndham Vacation Ownership, Inc., its parent, subsidiaries, affiliates, and their service providers (collectively **"WVO"**) to obtain credit reports, credit scores, and other credit history and financial information regarding me/us from multiple sources, including credit reporting agencies, creditors and financial institutions (collectively **"Credit Information"**). WVO may use Credit Information: to evaluate my/our eligibility for credit; for collections related to my vacation ownership, membership, homeowner association and similar obligations; to identify and market products and services that may be of interest to me/us; for WVO's ownership, membership and association portfolio analysis and management; and, for such other uses as permitted or required by law. WVO may share my Credit Information with third parties who may offer credit in connection with my/our purchase of products or services from or through WVO. Any reproduction of this Purchaser Information and Credit Authorization made by reliable means, including photocopy and facsimile, shall be considered as valid as the original. This authorization shall remain in effect during my ownership or use of a WVO product or service.

Applicant Initials:

_MR_ I authorize WVO to obtain my Credit Information.

_____ I **do not** authorize WVO to obtain my Credit Information.

Applicant Initials:

_____ I authorize WVO to obtain my Credit Information.

_____ I **do not** authorize WVO to obtain my Credit Information.

| PRIMARY<br>To be completed by Applicant/Purchaser | SECONDARY<br>To be completed by Applicant/Purchaser |
|---|---|
| Name: _Mark Donald Remaly_<br>(Include Jr. or Sr. if applicable) | Name: _____<br>(Include Jr. or Sr. if applicable) |
| Maiden Name (if applicable): | Maiden Name (if applicable): |
| Social Security Number:              Date of Birth: | Social Security Number:              Date of Birth: |
| Present Address: _770 P st NW Apt 515_<br>(Street)<br>_Washington, DC 20001_<br>(City, State and ZIP)<br>_202-2154237_<br>(Home Phone, including area code)      (Cell Phone, including area code) | Present Address: _____<br>(Street)<br>_____<br>(City, State and ZIP)<br>_____<br>(Home Phone, including area code)      (Cell Phone, including area code) |
| Email Address: _mdremaly@gmail.com_ | Email Address: _____ |
| Total Annual Income: $ _180,000_<br>Please include all of your sources of income, including income from assets that you would like considered as a basis for repaying this obligation.<br>†Alimony, child support, or separate maintenance income need not be revealed if you do not wish it to be considered as a basis for repaying this obligation | Total Annual Income: $ _____<br>Please include all of your sources of income, including income from assets that you would like considered as a basis for repaying this obligation.<br>†Alimony, child support, or separate maintenance income need not be revealed if you do not wish it to be considered as a basis for repaying this obligation |
| Do you (Circle One): Own (Rent). If Rent, what is your monthly rent?<br>$ _3,000_ | Do you (Circle One): Own, Rent. If Rent, what is your monthly rent?<br>$ _____ |
| Former address if residing at present address less than six months<br>(Street)<br>(City, State and ZIP) | Former address if residing at present address less than six months<br>(Street)<br>(City, State and ZIP) |
| Employer:<br>(Name)<br>(Street)<br>(City, State and ZIP)<br>(Phone, including area code) | Employer:<br>(Name)<br>(Street)<br>(City, State and ZIP)<br>(Phone, including area code) |
| Closest relative not living with you:<br>(Name)<br>(Street)<br>(City, State and ZIP)<br>(Phone, including area code) | Closest relative not living with you:<br>(Name)<br>(Street)<br>(City, State and ZIP)<br>(Phone, including area code) |

I/We hereby certify that all information provided for purposes of obtaining my/our information is true and correct.

| | |
|---|---|
| Signature _Mark Remaly_ | Signature _____ |
| Print Name (Legal name as appears on valid identification)<br>_Mark Remaly_ | Print Name (Legal name as appears on valid identification) |
| Date _10/12/2017_ | Date _____ |

| FOR OFFICE USE ONLY | |
|---|---|
| Owner Number: _08203411590 2_ | Contract Number: _001506170014_ |
| For Verbal Authorizations:<br>I acknowledge above named granted verbal permission to obtain credit information and that disclosures were read and agreed upon prior to obtaining credit information. | |
| Sales Associate's Printed Name: | Signature: |

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:40 PM.

*WorldMark*
BY WYNDHAM

| | | | |
|---|---|---|---|
| | Date | 10/12/2017 | |
| Your Ownership Review | Member Number | | |

### YOUR CREDITS SUMMARY

| | Credits | Contract # | Anniversary Month |
|---|---|---|---|
| Vacation Credits Purchased | 10000 | | October |
| | | | |
| Temporary TravelShare Tier | Silver Elite | | |
| Permanent TravelShare Tier | Standard | | |

### Other Memberships and Enrollments

| | | | |
|---|---|---|---|
| External Exchange Company | RCI | Other | |
| Internal Exchange Company | Worldmark by Wyndham | | |
| My Savings | YES | | |
| Wyndham Rewards | YES | | 800-457-0103 |
| Club Pass | YES | | |
| Exchange Plus | YES | | |
| | | | |
| Today's Incentive | *Bonus Credits 2 RCI Bonus Weeks* | | |

### Your Financial Review

**Deposit Summary**

| Additional Deposit Today (form of payments) | 1 New PayPal Credit | $ | 15,000.00 |
|---|---|---|---|
| | 2 Personal CC | $ | 9,249.00 |
| | 3 | $ | |
| Total Deposit Applied to Contract Today | | $ | 24,249.00 |

### Quality Assurance Only

**Loan Summary**

| Loan Payment Amount | | $ | 0.00 |
|---|---|---|---|
| Amount Financed | | $ | |
| First Payment Date | | | |

**Annual Maintenance Fee Summary**

| Annual WorldMark Dues | | $ | 917.04 |
|---|---|---|---|
| Monthly WorldMark Dues | | $ | 76.42 |
| First Payment Date | | | 11/1/2017 |
| | | | |
| Auto Pay Method | Loan | Personal CC | |
| | Maintenance | Personal CC | |

| Loan Obligations financed today through Wyndham Rewards Credit Card or PayPal Credit. | $ | 15,000.00 |
|---|---|---|

I agree with the information provided above and understand that if there is any discrepancy between it and any
contract document, the information in the contract document(s) shall control.

| | |
|---|---|
| Owners Name   MARK REMALY | Wyndham Representative Signature |
| | |
| Owners Name | Wyndham Representative Signature |
| | |
| 619-209-5417 | QA.WBW.CW.SanDiego@wyn.com |
| Site Contact # | Site Contact Email |

*Credit total does not include existing Bonus Credit contracts

For New Owners                    Your owner website: worldmarktheclub.com

21518

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:40 PM.

WYN0000434

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

| Ownership | 00203415902 | Site #: | 00136 | Sale Date: | 10/12/2017 |
|---|---|---|---|---|---|
| Contract No.: | 001361701014 | | | | |
| Name: | Mark Remaly | | | Week No. Sold: | 41 |
| Name: | | | | Phone Home: | (202)215-4237 |
| Address: | 770 P St Apt 515 | | | Phone Work: | |
| | Washington, DC 20001 | | | | |
| Credits: | 10,000 | TSC: | 4042430 | | |
| Email Address: | | | | | |
| Trust/DBA: | | TravelShare: | Y | Currency Code: | USD |

| Salesperson's No. | Salesperson's Name | Commission Type |
|---|---|---|
| 2007 | Jeffery M Armosino | MG3 |
| 2007 | Jeffery M Armosino | MG7 |
| 632677 | Katy Eatmon | MG8 |
| 619733 | Alejandro Crosthwaite | SAL1 |
| 632677 | Katy Eatmon | TO |
| 201734 | Leasa L Klastow | VLO |

| | | | | | |
|---|---|---|---|---|---|
| Ownership Price: | $34,800.00 | First Payment Due: | | Sale Type: | Frontline |
| Discount: | $10900.00 | Interest Rate: | 0.00% | PAC: | No Auto Pay |
| Total Price: | $23,900.00 | Yearly Dues: | 790.04 | Dues PAC Type: | CC Auto Pay |
| Contracted Down: | $24,249.00 | Dues Payment Due: | 11/01/2017 | TS Annual Dues: | $127.00 |
| Unpaid Balance: | $0.00 | Total of Payments: | 24,249.00 | Periodic Dues Payment: | $76.42 |
| Finance Charge: | $0.00 | Term of Contract: | 0 | Monthly Payments: | $0.00 |
| Notes: | | | | | |

WNA-56 Rev 11-30-06

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:40 PM.

WYN0000435


# WYNDHAM

# CONGRATULATIONS!

Date: **10/12/2017**                                      Contract #: **001361701014**

Owner Name(s)             **Mark Remaly**

Wyndham Representative:     _____

At Wyndham, we continually strive to improve our product and customer experience. Owner feedback is one of our most valuable tools to identify areas for improvement and growth. Additional comments are also appreciated. Thank you in advance for your valuable contribution.

**Benefits Relating To Our Decision To Purchase With Wyndham Vacation Ownership Today**

1. _Flexibility_
2. _Availability_
3. _Silver Elite_

**Future Vacation Plans**

_____

_____

_____

_____

**Additional Comments:** _____

_____

_____

_____

Thank you for sharing your experience today. We look forward to helping you and your family plan many fun-filled and memorable vacations with us, and to providing you with our signature Count on Me! service every time.

No  WVO 00058/Rev  7-16

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:40 PM.

WYN0000436

## Wyndham Vacation Ownership, Inc.
## Quality Assurance Checklist

| | |
|---|---|
| Purchaser Name: | Mark Remaly |
| Date of Sale: | 10/12/2017 |
| Contract Number: | 001361701014 |

Sales Rep: _Alex_

T/O: _Katy_

Manager: _____

Confirmed that the purchaser(s) were provided a copy of the Authorization to Obtain Credit Information (Credit Scoring Report) form.

Confirmed purchaser(s) were provided a copy of the Wyndham Rewards/Barclays Credit Card Application and Credit Card Agreement and the Acknowledgement and Authorization form.

Confirmed purchaser(s) were provided a copy of the PayPal Credit Application and Agreement and the Acknowledgement and Authorization form.

FOR SALES IN HAWAII confirm that verbal cancellation notification was given to purchaser.

Verified purchaser(s) identity based on government-issued photo ID.

### SALES NOTES:

_✓_ QA Full Closing = Quality Assurance Officer completed all contract documents

_____ AQA Closing = Certified Acting QA completed all contract documents

_____ Mail out or other: (if other explain) _____

Describe below any sales concerns or questions that were clarified in the closing or other issue(s) of significance discussed with purchaser(s):

_N.C.A._

_His Prints are 2 million Wyndham Points_

**Was Sale Closed**      Yes _✓_   No ____

**Video/Audio Recorded**   Yes _✓_   No ____

**Was any purchaser born before 1940?**   Yes ____   No _✓_

_Linstee Klastow_
Quality Assurance (Please Print Name)

_[signature]_
Quality Assurance Signature

Date: _10-12-17_

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:40 PM.

WYN0000437

This is an Electronic Copy of an original document managed by the eDoc® On Demand (EODD™) Service.

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667

*WorldMark*

## Acknowledgment of Application for and Use of a PayPal Credit Account

**Please place initials next to each item below:**

*[initials]* I understand that I have applied for, and agreed to utilize, a **PayPal Credit Open-end Credit Plan ("PayPal Credit Account")** for the payment of a portion or all of the down payment required for my Wyndham Resort Development Corporation. *("WRDC")* purchase.

*[initials]* I understand I will have No Payments plus No Interest if paid in full in 6 months for this transaction on my **PayPal Credit Account** and I received the promotional financing disclosure document.

*[initials]* I acknowledge that if I don't pay off this transaction within the 6 months timeframe I will be charges interest at an Annual Percentage (APR) of 19.99% starting from the date of the transaction.

*[initials]* I acknowledge that I have received the **Terms and Conditions of the PayPal Credit Payment System** document and I understand and agree to all the terms contained in that document.

*[initials]* I understand that my **PayPal Credit Account** is an open-end credit plan issued by **Comenity Capital Bank**, that neither **Bill Me Later, Inc.** (Servicer for your PayPal Credit Account) nor Comenity Capital Bank is affiliated with WRDC and its timeshare product, and that Comenity Capital Bank (not WRDC) and is solely responsible for servicing my PayPal Credit Account.

*[initials]* I also understand that neither **Bill Me Later, Inc.** nor **Comenity Capital Bank** is responsible for the acts, agreements, or obligations of WRDC, including the operation of the timeshare program and the condition of any accommodations available through the timeshare plan.

*[initials]* I understand and agree that WRDC will share the following personal information on my behalf with Bill Me Later, Inc. and Comenity Capital Bank for the purpose of my application for and use of my PayPal Credit Account:

- My name, address and telephone number
- My email address
- My date of birth and my Social Security number

Applicant:

Signature _____  Print Name Mark Remaly  Date 10|12|17

Email Address: mdremaly@gmail.com

---

*(For Office Use Only)*

Tour Reference Number: 4042430      Contract Number: _____

Application submitted by WRDC representative:

Signature _____  Print Name Vinay  Date 10/12/17

No. 2354-NP/Rev.05-17

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:40 PM.

WYN0000438

**Personalized Report**



MARK REMALY

WASHINGTON DC 20001 USA

| Account # | Source | Date |
|-----------|--------|------|
| 4042430-A | EQU | 10/12/2017 |





Prepared By: 580069

Presented By: _____

Site: _____

**This form must be returned to Contracts by end of day.**

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:40 PM.

WYN0000439



**WYNDHAM**
VACATION OWNERSHIP

## Final Summary for Reference # 7720499

### Owner Information

**Name: MARK REMALY**
Member Number:

**Finance Band: A**

Address:
770 P ST APT 515
WASHINGTON, DC 20001
USA

Home Phone: (202) 215-4237
Alternate Phone:
Da
Ge
Email:
SSN:***-**-4437

### Summary

| | |
|---|---|
| Autopay | Gross Price |
| ACH/Bank | $34,800.00 |
| 1st Payment Due Date | Net Discount |
| 11/15/2017 | $10,900.00 |
| Incentive | Net Purchase Price |
| Bonus | $23,900.00 |
| Term Options | Down Payment |
| 120 | $23,900.00 |
| % Down - Interest Rate | WorldMark Dues |
| 100.00% ~ 0.00% | $790.04 |
| Promotional Rate | TravelShare Dues |
| None | $127.00 |
| TravelShare | Total Monthly Dues |
| Yes | $76.42 |
| Tier Minimum | My Savings Fee |
| 0 | $49.95 |
| Tier | ARDA Contribution Today |
| Elite | No |
| Credits To Buy | ARDA Contribution Amount |
| 10,000 | $0.00 |
| Gross/Net Price Per Credit | ARDA Contribution Autopay |
| $3.48 / $2.39 | No |
| Monthly Payment | New Total Credits |
| $0.00 | 20,000 |
| Interest Rate | Processing Fee |
| 0.00% | $349.00 |
| Ownership Type | Purchase Price /w Processing Fee |
| Premier | $24,249.00 |
| | Processing Fee Collected |
| | $349.00 |
| | Incentive Activation Fee |
| | $0.00 |
| | Total Down Payment |
| | $24,249.00 |
| | Amount Financed |
| | $0.00 |
| | Inventory |
| | Standard WBW |

### Associate Information

| | | |
|---|---|---|
| Member Services Rep | Sr. Manager 1 | T.O. |
| 519733 - ALEJANDRO | 2007 - JEFFERY M ARMOSINO | 632677 - KATY EATMON |
| CROSTHWAITE | Manager 1 | Manager 2 |
| Presenter Non-Podium | 2007 - JEFFERY M ARMOSINO | 632677 - KATY EATMON |
| 632677 - KATY EATMON | | |

Copyright © 2017 Wyndham Worldwide. All rights reserved. usfwap2-wst.corproot.com 10/12/17 5:32:54 PM

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:40 PM.

WYN0000440





The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:40 PM.

WYN0000441

DocuSign Envelope ID: FFF75438-F5A8-4A51-BFA5-3CA1366F4667



Contract No. **001361701014**

## VIDEO AND SOUND RECORDING CONSENT FORM

I/we, **Mark Remaly**, authorize Wyndham Resort Development Corporation (**"WRDC"**) to take and use video and sound recordings of the vacation ownership purchase document review.

I/we understand that the video and sound recordings (**"Recordings"**) may be used for quality assurance training or monitoring purposes, as well as to ensure compliance with industry regulations and for other business purposes.

I/we understand and agree to the conditions outlined in this video and sound recording consent form

I/we understand that the Recordings are the property of WRDC and I will not be given a copy of either recording, nor will the Recordings be part of any agreement or contract I enter into with WRDC.

I/we acknowledge that I am fully aware of the contents of this consent form and am under no disability, duress, or undue influence at the time of my signing this consent form.

X _____    10/12/17_____
Owner Mark Remaly                              Date Signed

X _____    _____
Owner                                                    Date Signed

WNA-801/4-17

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:40 PM.

WYN0000442



## Amazon or Fire Tablet Registration

Date: _____   Contract # _____

Inventory Purchased: _____

Wyndham Sales Representative: _Alex  Crost hwrill_

Owner Name: _____ _Mark_ _____ _femaly_ _____
First and last name of primary owner only

Owner Email: _mdremaly@gmail.com_
Email address should be one that you have immediate access to through your
cell phone, iPad, tablet or sales center computer.

### FOR EXISTING AMAZON ACCOUNT HOLDERS:

Please utilize your current Amazon login and password with your new Fire Tablet.

Amazon sign-in email address: _mdremaly@gmail.com_

### FOR NEW AMAZON ACCOUNT HOLDERS:

Your Sales Representative will help you set up an Amazon account today while walking you
through the process of registering your new Fire Tablet.

*For internal use only: Please submit form to QA*

0765-2016  4/16

The original document is owned by Wyndham Resort Development Corporation and this copy was created on Oct 12, 2017 09:36:40 PM.

WYN0000443