# EXHIBIT K



**Exhibit 9**

31 March 2020

Mark Remaly
1137 Maple Circle
Broomfield, CO 80020


RE:  Cancellation request
     Member number 00203415902

Dear Mark Remaly:

Thank you for contacting Worldmark by Wyndham.  Listening to comments from our owners and guests is an important part of our ability to enhance the service we provide.

After research and careful consideration of your request, I regret we are unable to grant your request for cancellation. If the new contract is rescinded then it would revert back to the traded contract. Any monies used for the rescinded contract would be applied to the original contract. We would be willing to reopen your case should you have further documentation to help us substantiate your concerns.Please do not hesitate to contact me directly at 866.418.3568 ex 586392 or Tracy.Miller@wyn.com, if I may be of any further assistance to you.


Sincerely,


Tracy Miller
Owner Care Professional
Owner Care & Resolution


cc:  file