# EXHIBIT L

Exhibit 11



22 April 2020

Mark Remaly
1137 Maple Circle
Broomfield, CO 80020


RE:  Cancellation request
     Member number 00203415902

Dear Mark Remaly:

Thank you for contacting Worldmark by Wyndham.  Listening to comments from our owners and guests is an important part of our ability to enhance the service we provide.

When a contract is rewritten the original contract is not cancelled but closed. If the new contract is rescinded then it would revert back to the traded contract. Any monies used for the rescinded contract would be applied to the original contract.

At this time I must advise you that the determination has been made after a second review of your concerns to uphold the original denial of your request for cancellation. In the documentation provided there are several instances stated "Hidden text". I am certainly willing to reconsider these findings if you have more substantiation to support your request. Please contact me directly at 1-866-418-3568 Ext: 586362 at your earliest convenience. I am available Monday – Friday 7 a.m. to 330 pm. Pacific Time

Sincerely,


Tracy Miller
Senior Case Specialist
Worldmark Owner Care



cc:  file

REM0147