# EXHIBIT M

**Exhibit 15**

| | |
|---|---|
| From: | Morris, Lurline |
| To: | "MDREMALY@GMAIL.COM" |
| Subject: | RE: Contract Number/ Member Number: 001361701014/00203415902 |
| Date: | Thursday, August 6, 2020 5:14:55 PM |

August 6, 2020
Mark Remaly
1137 Maple Circle
Broomfield, CO 80020
SENT VIA E-MAIL: MDREMALY@GMAIL.COM
RE: Contract Number/ Member Number: 001361701014/00203415902
Dear Mr. Remaly,
Thank you for taking the time to speak with me today. We apologize for any service challenges and inconveniences you may have encountered. While it was not determined that Wyndham engaged in any improper activity in connection with this transaction, as a gesture of goodwill, your contract no. 001361701014 was cancelled and a refund was issued in the amount of $15,236.31. Of that amount, $236.31 was issued to your MC ending in 5610 and $15,000.00 issued in the form of a Check.
We electronically notified Equifax and TransUnion to suppress all credit reporting submitted by Wyndham as it pertains to this contract. Please note that it may take the credit bureaus 30 to 45 days to update their records. Your WorldMark account has been inactivated.
Sincerely,
Lurline Morris
Consumer Affairs Specialist, Wyndham Vacation Clubs ™
Wyndham Destinations
6277 Sea Harbor Drive
Orlando, FL 32821
(407)626-5851 direct
((407) 626-5193 fax
Lurline.morris@wyn.com
PC: File