# EXHIBIT O

# TRADES — AUTOMATED CONSUMER DISPUTE VERIFICATION — EQUIFAX

| Field | Value | Field | Value |
|---|---|---|---|
| Control Number | 99990022105398019 | Dispute 1 | [ 003 ] NOT LIABLE FOR ACCOUNT(E.G., EX-SPOUSE, BUSINESS). IF LIABLE PROVIDE OR CONFIRM COMPLETE ID. |
| Origin NCRA | EFX | | |
| Bureau Code | 9999 | | |
| Date Created | 01/23/2020 | Dispute 2 | |
| Response Due | 02/15/2020 | | |
| Subscriber Code | 164PZ00942 | | |
| Account Number | 1361701014 | | |
| Grantor Name | WYN Resort Development, Inc. | FCRA Relevant Information | This account was mutually rescinded and closed by myself and Worldmark on February 14 2018 because the contract was determined by both parties to be deficient. All funds on this account were to be refunded to me as evidenced by their letter |
| Responder Name | Levelyn Barber | | |
| Responder Phone | 702-227-3217 | | |
| Response Date | 01/30/2020 | | |

Response Code: ☑ Verified As Reported ☐ Modified as Shown ☐ Delete Account ☐ Delete Fraud

| Reported Consumer Identity | | Same | Modified Consumer Identity | |
|---|---|---|---|---|
| Name | REMALY MARK D | ☐ | Name | REMALY MARK |
| AKA/FN | REMALY MARK DONALD | ☐ | AKA/FN | |
| Address | 1137 MAPLE CIR, BROOMFIELD, CO 80020 | ☑ | Address | 1137 MAPLE CIR, BROOMFIELD, CO 80020 |
| Previous | 770 P ST NW APT 515, WASHINGTON, DC 20001 | ☐ | Previous | |
| SSN | ███-4437 | ☑ | SSN | ███-4437 |
| DOB | ███ 1985 | ☑ | DOB | ███ 1985 |
| Phone | 202-215-4237 | ☑ | Phone | 202-215-4237 |

| Account Type | ECOA | Date Open | Type & Rate | Narratives |
|---|---|---|---|---|
| 0A | I | 10/2017 | 8 | [ 213 ] INVOLUNTARY REPOSSESSION |

| Credit Limit | High Credit | Current Balance | Past Due | |
|---|---|---|---|---|
| | $0 | $0 | $0 | |

| Original Charge Off | Date 1st Delinquency | Last Payment Date | Date Closed | |
|---|---|---|---|---|
| | 11/01/2017 | | | |

| Activity Designator | Creditor Classification | Purchased/Sold To Name/Original Creditor | Purchase Indicator | Mortgage Id Number |
|---|---|---|---|---|
| | | | | |

| Terms Duration | Term Frequency | Monthly Payment | Actual Payment | Defered Pay Start Date | Ballon Payment | Ballon Payment Due |
|---|---|---|---|---|---|---|
| | [M] MONTHLY | $0 | | | | |

| Consumer Info Indicator | |
|---|---|
| Compliance Condition Code | |
| Special Comment Code | [ BI ] |
| Account Status | [ 96 ] Merchandise was repossessed by credit grantor; there may be a balance due |
| Payment Rating | |

Levelyn Barber
**EXHIBIT 2**
KS - 03.24.21.

TRADES — AUTOMATED CONSUMER DISPUTE VERIFICATION — EQUIFAX

| Images Sent |
|---|
| No Images Sent |

Printed 11/03/2020    Proprietary and Confidential to Equifax Information Services LLC-Use Pursuant to Company Instruction    Page 1 of 9

REM0340

REM0341

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| DEC-2019 | | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| NOV-2019 | | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| OCT-2019 | | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| SEP-2019 | $9249 | | | | $0 | | | Time Share Loan | |

REM0342

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| AUG-2019 | $9249 | | | | $0 | | | Time Share Loan | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| JUL-2019 | $9249 | | | | $0 | | | Time Share Loan | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| JUN-2019 | $9249 | | | | $0 | | | Time Share Loan | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| MAY-2019 | $9249 | | | | $0 | | | Time Share Loan | |

Printed 11/03/2020    Proprietary and Confidential to Equifax Information Services LLC-Use Pursuant to Company Instruction    Page 4 of 9

REM0343

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| APR-2019 | $9249 | | | | $0 | | | Time Share Loan | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| MAR-2019 | $9249 | | | | $0 | | | Time Share Loan | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| FEB-2019 | $9249 | | | | $0 | | | Time Share Loan | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| JAN-2019 | $9249 | | | | $0 | | | Time Share Loan | |

REM0344

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| DEC-2018 | $9249 | | | | $0 | | | Time Share Loan | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| NOV-2018 | $9249 | | | | $0 | | | Time Share Loan | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| OCT-2018 | $9249 | | | | $0 | | | Time Share Loan | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| SEP-2018 | $9249 | | | | $0 | | | Time Share Loan | |

Printed 11/03/2020    Proprietary and Confidential to Equifax Information Services LLC-Use Pursuant to Company Instruction    Page 6 of 9

REM0345

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| AUG-2018 | $9249 | | | | $0 | | | Time Share Loan | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| JUL-2018 | $9249 | | | | $0 | | | Time Share Loan | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| JUN-2018 | $9249 | | | | $0 | | | Time Share Loan | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| MAY-2018 | $9249 | | | | $0 | | | Time Share Loan | |

Printed 11/03/2020    Proprietary and Confidential to Equifax Information Services LLC-Use Pursuant to Company Instruction    Page 7 of 9

REM0346

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| APR-2018 | | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| MAR-2018 | | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| FEB-2018 | | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| JAN-2018 | | | | | | | | | |

REM0347

| HISTORICAL ACCOUNT DISPUTE REASON | AUTOMATED DISPUTE CONSUMER VERIFICATION | EQUIFAX |
|---|---|---|

**No Historical Account Information was disputed.**

Printed 11/03/2020    Proprietary and Confidential to Equifax Information Services LLC-Use Pursuant to Company Instruction    Page 9 of 9

REM0348