# EXHIBIT P

| TRADES | | AUTOMATED CONSUMER DISPUTE VERIFICATION | | | EQUIFAX |
|---|---|---|---|---|---|

| Control Number | 99990120061910101 | | | Dispute 1 | [ 053 ] CONSUMER STATES INACCURATE INFORMATION. PROVIDE OR CONFIRM COMPLETE ID AND VERIFY ALL ACCOUNT INFORMATION. |
|---|---|---|---|---|---|
| Origin NCRA | EFX | Bureau Code | 9999 | | |
| Date Created | 04/29/2020 | Response Due | 05/20/2020 | Dispute 2 | |
| Subscriber Code | 164PZ00942 | | | | |
| Account Number | 1361701014 | | | | |
| Grantor Name | WYN Resort Development, Inc. | | | FCRA Relevant Information | CONSUMER STATES INACCURACY ON ITEM |
| Responder Name | Levelyn Barber | | | | |
| Responder Phone | 702-227-3217 | Response Date | 05/05/2020 | | |
| Response Code | ☑ Verified As Reported  ☐ Modified as Shown | | | ☐ Delete Account  ☐ Delete Fraud | |

| Reported Consumer Identity | | Same | Modified Consumer Identity | |
|---|---|---|---|---|
| Name | REMALY MARK D | ☐ | Name | **REMALY MARK** |
| AKA/FN | REMALY MARK DONALD | ☐ | AKA/FN | |
| Address | 1137 MAPLE CIR, BROOMFIELD, CO 80020 | ☑ | Address | **1137 MAPLE CIR, BROOMFIELD, CO 80020** |
| Previous | 770 P ST NW APT 515, WASHINGTON, DC 20001 | ☐ | Previous | |
| SSN | ▇▇▇-▇▇-4437 | ☑ | SSN | ▇▇▇-▇▇-4437 |
| DOB | ▇▇/▇▇/1985 | ☑ | DOB | ▇▇/▇▇/1985 |
| Phone | 202-215-4237 | ☑ | Phone | 202-215-4237 |

| Account Type | ECOA | Date Open | Type & Rate | Narratives |
|---|---|---|---|---|
| 0A | I | 10/2017 | 8 | [ 213 ] INVOLUNTARY REPOSSESSION |

| | Credit Limit | High Credit | Current Balance | Past Due | |
|---|---|---|---|---|---|
| | | $0 | $0 | $0 | |

| Original Charge Off | Date 1st Delinquency | Last Payment Date | Date Closed | |
|---|---|---|---|---|
| | 11/01/2017 | | | |

| Activity Designator | Creditor Classification | Purchased/Sold To Name/Original Creditor | Purchase Indicator | Mortgage Id Number |
|---|---|---|---|---|
| | | | | |

| Terms Duration | Term Frequency | Monthly Payment | Actual Payment | Defered Pay Start Date | Ballon Payment | Ballon Payment Due |
|---|---|---|---|---|---|---|
| | [M] MONTHLY | $0 | | | | |

| Consumer Info Indicator | |
|---|---|
| | |

| Compliance Condition Code | |
|---|---|
| | |

| Special Comment Code | [ BI ] |
|---|---|

| Account Status | [ 96 ] Merchandise was repossessed by credit grantor; there may be a balance due |
|---|---|

| Payment Rating | |
|---|---|

| TRADES | AUTOMATED CONSUMER DISPUTE VERIFICATION | EQUIFAX |
|---|---|---|

| Images Sent |
|---|
| DD09685804262000480.TIF |

Printed 11/03/2020    Proprietary and Confidential to Equifax Information Services LLC-Use Pursuant to Company Instruction    Page 1 of 9

REM0349

|   |
|---|
|   |
|   |
|   |

Printed 11/03/2020    Proprietary and Confidential to Equifax Information Services LLC-Use Pursuant to Company Instruction    Page 2 of 9

REM0350

| HISTORICAL ACCOUNT DATA | AUTOMATED DISPUTE CONSUMER VERIFICATION | EQUIFAX |
|---|---|---|

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| MAR-2020 | | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| FEB-2020 | | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| JAN-2020 | | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| DEC-2019 | | | | | | | | | |

Printed 11/03/2020  Proprietary and Confidential to Equifax Information Services LLC-Use Pursuant to Company Instruction  Page 3 of 9

REM0351

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| NOV-2019 | | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| OCT-2019 | | | | | | | | | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| SEP-2019 | $9249 | | | | $0 | | | Time Share Loan | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| AUG-2019 | $9249 | | | | $0 | | | Time Share Loan | |

Printed 11/03/2020    Proprietary and Confidential to Equifax Information Services LLC-Use Pursuant to Company Instruction    Page 4 of 9

REM0352

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| JUL-2019 | $9249 | | | | $0 | | | Time Share Loan | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| JUN-2019 | $9249 | | | | $0 | | | Time Share Loan | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| MAY-2019 | $9249 | | | | $0 | | | Time Share Loan | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| APR-2019 | $9249 | | | | $0 | | | Time Share Loan | |

REM0353

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| MAR-2019 | $9249 | | | | $0 | | | Time Share Loan | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| FEB-2019 | $9249 | | | | $0 | | | Time Share Loan | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| JAN-2019 | $9249 | | | | $0 | | | Time Share Loan | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| DEC-2018 | $9249 | | | | $0 | | | Time Share Loan | |

REM0354

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| NOV-2018 | $9249 | | | | $0 | | | Time Share Loan | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| OCT-2018 | $9249 | | | | $0 | | | Time Share Loan | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| SEP-2018 | $9249 | | | | $0 | | | Time Share Loan | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| AUG-2018 | $9249 | | | | $0 | | | Time Share Loan | |

REM0355

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| JUL-2018 | $9249 | | | | $0 | | | Time Share Loan | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| JUN-2018 | $9249 | | | | $0 | | | Time Share Loan | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| MAY-2018 | $9249 | | | | $0 | | | Time Share Loan | |

| Month | Balance | Scheduled Pmt Amt | Actual Pmt Amt | Date of Last Pmt | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| APR-2018 | | | | | | | | | |

Printed 11/03/2020    Proprietary and Confidential to Equifax Information Services LLC-Use Pursuant to Company Instruction    Page 8 of 9

REM0356

| HISTORICAL ACCOUNT DISPUTE REASON | AUTOMATED DISPUTE CONSUMER VERIFICATION | EQUIFAX |
|---|---|---|

**No Historical Account Information was disputed.**

REM0357