# EXHIBIT Q

| TRADES | AUTOMATED CONSUMER DISPUTE VERIFICATION | | EQUIFAX |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Control Number | 99990195112066101 | Dispute 1 | [ 007 ] DISPUTES PRESENT/PREVIOUS ACCOUNT STATUS/PAYMENT RATING/ACCOUNT HISTORY. VERIFY ACCOUNT STATUS, PAYMENT RATING, AND ACCOUNT HISTORY. |
| Origin NCRA | EFX    Bureau Code   9999 | | |
| Date Created | 07/14/2020   Response Due   08/05/2020 | | |
| Subscriber Code | 164PZ00942 | Dispute 2 | |
| Account Number | 1361701014 | | |
| Grantor Name | WYN Resort Development, Inc. | | |
| Responder Name | Levelyn Barber | FCRA Relevant Information | IMAGE ATTACHED |
| Responder Phone | 702-227-3217   Response Date   07/21/2020 | | |
| Response Code | ☐ Verified As Reported   ☑ Disputed Info accurate. Updtd Acct info unrelated to dispute    ☐ Delete Account   ☐ Delete Fraud | | |

| Reported Consumer Identity | | Same | Modified Consumer Identity | |
|---|---|---|---|---|
| Name | REMALY MARK D | ☐ | Name | REMALY MARK |
| AKA/FN | REMALY MARK DONALD | ☐ | AKA/FN | |
| Address | 1137 MAPLE CIR, BROOMFIELD, CO 80020 | ☑ | Address | 1137 MAPLE CIR, BROOMFIELD, CO 80020 |
| Previous | 770 P ST NW APT 515, WASHINGTON, DC 20001 | ☐ | Previous | |
| SSN | ███-4437 | ☑ | SSN | ███-4437 |
| DOB | ██/1985 | ☑ | DOB | ██/1985 |
| Phone | 202-215-4237 | ☑ | Phone | 202-215-4237 |

| Account Type | ECOA | Date Open | Type & Rate | Narratives |
|---|---|---|---|---|
| 0A | I | 10/2017 | 8 | [ 213 ] INVOLUNTARY REPOSSESSION |
| **0A** | | | **I8** | |
| Credit Limit | High Credit | Current Balance | Past Due | |
| | $0 | $0 | $0 | |
| | | **$0** | **$0** | |
| Original Charge Off | Date Ist Delinquency | Last Payment Date | Date Closed | [ 166 ] CONSUMER DISPUTES THIS ACCOUNT INFORMATION |
| | 11/01/2017 | | | [ 213 ] INVOLUNTARY REPOSSESSION |
| | **11/01/2017** | | **10/01/2019** | [ 261 ] TIME SHARE LOAN |
| Activity Designator | Creditor Classification | Purchased/Sold To Name/Original Creditor | Purchase Indicator | Mortgage Id Number |
| **[C] CLOSED** | | | | |
| Terms Duration | Term Frequency | Monthly Payment | Actual Payment | Defered Pay Start Date | Ballon Payment | Ballon Payment Due |
| | [M] MONTHLY | $0 | | | | |

| Consumer Info Indicator | |
|---|---|
| | |
| Compliance Condition Code | |
| | [ XB ] Account information disputed by consumer |
| Special Comment Code | [ BI ] |
| | |
| Account Status | [ 96 ] Merchandise was repossessed by credit grantor; there may be a balance due |
| | **[ 96 ] Merchandise was repossessed by credit grantor; there may be a balance due** |
| Payment Rating | |
| | |



| TRADES | AUTOMATED CONSUMER DISPUTE VERIFICATION | EQUIFAX |
|---|---|---|

| Images Sent |
|---|
| FR09879707122001712.TIF |

Printed 11/03/2020     Proprietary and Confidential to Equifax Information Services LLC-Use Pursuant to Company Instruction     Page 1 of 9

REM0358