# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 20-cv-03028-LTB-NYW

MARK D. REMALY,

    Plaintiff,

v.

WYNDHAM RESORT DEVELOPMENT CORPORATION,

    Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendant's Motion to Restrict Public Access to Filings (Doc 63 - filed July 14, 2021) is **GRANTED**. Documents 65, 66, 67, and 68 are restricted at Level 1 until further order of this Court.

Dated:  July 15, 2021
_____