IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03028-LTB-NYW

MARK D. REMALY,

    Plaintiff,

v.

WYNDHAM RESORT DEVELOPMENT CORPORATION, d/b/a
WORLDMARK BY WYNDHAM,

    Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

Pursuant to the Order of Reference, [Doc. 15], the court's Order, [Doc. 88], and the Parties' joint contact with chambers,

IT IS ORDERED that a Settlement Conference is set for **February 2, 2022** beginning at **1:00 p.m.** via telephonic/videoconference means. Counsel and the Parties shall contact the court on its public conference line, 888.363.4749, Passcode: 5738976#. In addition, counsel for each Party will set up a separate conference means, preferably by videoconference, and provide that information to the court to facilitate *ex parte* discussions with each side no later than **January 28, 2022.**

IT IS FURTHER ORDERED that counsel **shall have parties present at the Settlement Conference** who shall have **full authority** to negotiate all terms and demands presented by the case, and **full authority** to enter into a settlement agreement. This requirement is not satisfied by the presence of counsel alone. To the extent a party will rely upon insurance coverage, a representative of the insurance company must be present.

Confidential Statements shall be submitted by e-mail in PDF format addressed to Wang_Chambers@cod.uscourts.gov, on or before **January 25, 2022 so that the court has an opportunity to work with each Party, if appropriate, prior to the conference**. **Prior to the submission of the Confidential Statements, the Parties must engage in a robust telephonic or in-person discussion regarding settlement.** Confidential Statements must include: (1) a discussion of both the strengths and weaknesses of each party's position; (2) a summary of all steps taken to date to resolve the matter (including the history of any demands or offers by the Parties); and (3) any non-legal considerations that play a significant role in a Party's evaluation of the case. **In addition, each Confidential Statement must contain a specific offer of compromise, including the dollar amount or range each client will accept or pay in settlement**

DATED: January 12, 2022

**and any essential non-economic terms.**  Failure to submit Confidential Statements on time or to comply with these requirements may result in the Settlement Conference being vacated.