# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-3028-NYW

MARK D. REMALY, an individual,

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
A Georgia limited liability company; and
WYNDHAM RESORT DEVELOPMENT CORPORATION
d/b/a Worldmark by Wyndham, an Oregon Corporation

      Defendants.

---

## UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME FOR PARTIES TO FILE STIPULATED MOTION TO DISMISS

---

      Pursuant to D.C.COLO.LCivR. 6.1(a), Defendant Wyndham Resort Development Corporation d/b/a Worldmark by Wyndham ("Wyndham"), through counsel, respectfully submits this motion for a 14-day extension of time for the parties to file a stipulated motion to dismiss pursuant to the Court's February 2, 2022 Minute Entry (Dkt. 90). In support thereof, Wyndham states as follows:

      1)    Counsel for the parties conferred concerning this Motion and relief set forth herein. *See* D.C.COLO.LCivR. 7.1(a). Plaintiff does not oppose this Motion.

      2)    On February 2, 2022, the Parties participated in a settlement conference before Judge Wang, at which the Parties reached an agreement-in-principle to settle all claims in this matter, and agreed to the material terms of the settlement on the record.

      3)    Pursuant to the Court's February 2, 2022 Minute Entry for Settlement

4885-7179-4450.1

Conference (Dkt. 90), the parties have until March 4, 2022 to file a stipulated motion to dismiss the claims in this case.

4) The Parties have been diligently negotiating the remaining terms of the settlement agreement. The Parties have been working to finalize specific terms of the settlement agreement, and there are still provisions under discussion. Wyndham's representative is currently out of the country and unable to review Plaintiff's request before the March 4, 2022 deadline.

5) Wyndham believes that the Parties will be able to arrive at a final settlement agreement and file a stipulated motion to dismiss within the additional time requested.

6) The Court has previously granted a total of four extensions of deadlines in this matter.

7) The requested extension will not alter any other deadlines set by the Court.

WHEREFORE, Wyndham respectfully requests a 14-day extension of the deadline for the Parties to file a stipulated motion to dismiss the claims in this action, up to and including March 18, 2022.

|  |  |
|---|---|
| Dated: March 4, 2022 | Respectfully submitted,<br><br>/s/ *Andrew C. Gresik*<br>Christi A. Lawson<br>Foley & Lardner LLP<br>111 N. Orange Ave., Ste. 1800<br>Orlando, FL 32801-2386<br>clawson@foley.com<br><br>Andrew C. Gresik<br>Foley & Lardner LLP<br>150 East Gilman St. Suite 5000<br>Madison, WI 53703<br>agresik@foley.com<br><br>*Attorneys for Defendant Wyndham Resort Development Corporation d/b/a Worldmark by Wyndham* |

3

4885-7179-4450.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2022, I caused the foregoing to be electronically filed with the Clerk of Court using the ECF system, which will electronically send notice to:

All Counsel of record

I hereby further certify that the foregoing has been contemporaneously served on Wyndham via email.

/s/ *Christi A. Lawson*

4885-7179-4450.1