IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 20-cv-03028-LTB-NYW

MARK D. REMALY,

    Plaintiff,

v.

WYNDHAM RESORT DEVELOPMENT CORPORATION,

    Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendant's Unopposed Motion for 14-day Extension of Time for Parties to File Stipulated Motion to Dismiss (Doc 92 - filed March 4, 2022) is **GRANTED up to and including March 18, 2022**.

Dated:   March 7, 2022
_____